UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : Case: 1:07-cv-01961 |
| Keith Slade, | |
| | : Assigned to: Leon, Richard J. |
| | : Assign Date: 10/31/2007 |
| | : Description: Contract |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER COMPLAINT CONSENT SOUGHT AND OBTAINED

Defendant, Keith Slade, Pro Se., pursuant to Fed.R.Civ.P 6(b), respectfully moves this honorable Court to enlarge the time to 45 days within which he may file a response to the complaint in the above referenced matter. The reason for this request is that Defendant has not been able to obtain an attorney to represent him.

Defendant contacted the Government's Attorney Beverly M. Russell, concerning this requested enlargement, who consented to this relief.

An Order consistent with this relief accompanies this motion.

Respectfully submitted,

_____
KEITH SLADE
Defendant Pro Se

**RECEIVED**

NOV 2 9 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion was mailed postage prepaid to Beverly M. Russell, Assistant United States Attorney November 29, 2007, to: 555 4th Street, N.W., Rm. E-4915, Washington, D.C. 20530.

_____
KEITH SLADE
Defendant, Pro Se
455 Park Road, N.W.0
Washington, D.C. 20010
202-409-0019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : Case: 1:07-CV-01961 |
| Keith Slade, | : |
| | : |

## ORDER

Upon consideration of the Defendant's Motion for Enlargement of Time and the record herein, it is, by the Court, this _____ day of December, 2007,

Ordered that the Defendant's Motion For Enlargement of Time shall be, and is hereby, GRANTED, and it is

FURTHER ORDERED, that the Defendant shall have until January 14, 2008 in which to file an answer to Plaintiff's Complaint.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:

Beverly M. Russell
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4915
Washington, D.C. 20530

KEITH SLADE
Defendant, Pro Se
455 Park Road, N.W.0
Washington, D.C. 20010