AO 440 (rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA

v.

Keith O'Brien Slade
455 Park Road, N.W.
Washington, D.C. 20010-2531

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1961 *RJL*

TO: (Name and address of Defendant)

Keith O'Brien Slade
455 Park Road, N.W.
Washington, D.C. 20010-2531

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beverly Russell
Assistant United States Attorney
555 Fourth Avenue, N.W., E-4915
Washington, D.C. 20530

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

NOV -2 2007

CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me* | 11-08-07 at 9:23 a.m. |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: D.C. Police Officer Eric Skinner, housemate. Service was completed at 455 Park Road, NW, Washington, DC 20010.

☐ Returned unexecuted. _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-03-07

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

\* Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before a United States Magistrate Judge for All Purposes and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.