UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED 2008 JAN 14 PM 6:27
CLERK
US DISTRICT & BANKRUPTCY COURTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case: 1:07-cv-01961 |
| Keith Slade, | : Assigned to: Leon, Richard J. |
| | : Assign Date: 10/31/2007 |
| | : Description: Contract |

## DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER COMPLAINT
### CONSENT SOUGHT

Defendant, Keith Slade, Pro Se., pursuant to Fed.R.Civ.P 6(b), respectfully moves this honorable Court to enlarge the time to additional 60 days within which he may file a response to the complaint in the above referenced matter. The reason for this request is that Defendant has still not been able to obtain an attorney to represent him due to financial hardship and is currently seeking the court help in this matter for some type of relief.

Defendant contacted the Government's Attorney Beverly M. Russell, concerning this requested enlargement.

An Order consistent with this relief accompanies this motion.

Respectfully submitted,

_____
KEITH SLADE
Defendant Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion was mailed postage prepaid to Beverly M. Russell, Assistant United States Attorney January 14, 2008, to: 555 4th Street, N.W., Rm. E-4915, Washington, D.C. 20530.

*[signature]*

KEITH SLADE
Defendant, Pro Se
455 Park Road, N.W.0
Washington, D.C. 20010
202-409-0019

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



RECEIVED

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case: 1:07-CV-01961 |
| Keith Slade, | : |

## ORDER

Upon consideration of the Defendant's Motion for Enlargement of Time and the record herein, it is, by the Court, this _____ day of January, 2008,

Ordered that the Defendant's Motion For Enlargement of Time shall be, and is hereby, GRANTED, and it is

FURTHER ORDERED, that the Defendant shall have until March 14, 2008 in which to file an answer to Plaintiff's Complaint.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:

Beverly M. Russell
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4915
Washington, D.C. 20530

KEITH SLADE
Defendant, Pro Se
455 Park Road, N.W
Washington, D.C. 20010