UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff        )
                               )
       v.                      )     Civil Action No. 07-1961(RJL)
                               )
Keith O'Brien Slade, et al.,   )
                               )
              Defendants.      )
_____)

**PLAINTIFF UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff United States respectfully moves for judgment by default in this suit brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-33. Plaintiff's reasons for seeking this relief are set forth in the accompanying memorandum. Further, a proposed Order consistent with the relief requested herein is also filed with this Motion.

Respectfully submitted,

/s/ Jeffrey A. Taylor /kvm

_____
JEFFREY A. TAYLOR, DC BAR #498160
United States Attorney

/s/ Rudolph Contreras

_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
(202) 307-0492 - Phone
(202) 514-8780 - Fax
beverly.russell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1961(RJL) |
| | ) | |
| Keith O'Brien Slade, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

Plaintiff United States respectfully moves for judgment by default, and in support of this

relief, states the following.

1.      On October 31, 2007, Plaintiff United States filed a complaint against Keith Slade

and Controlled Quality Corporation to recover treble damages and civil penalties under the False

Claims Act, 31 U.S.C. §§ 3729-33, as amended, and to recover damages under the common law

theories of payment by mistake, unjust enrichment and fraud. R. 1, Compl. ¶ 1. Keith Slade was

the owner of Controlled Quality Corporation, a now defunct company formerly doing business in

the District of Columbia. Id. Mr. Slade is a resident of the District of Columbia. Id. ¶ 3. From

approximately June 2001 to February 2004, Controlled Quality Corporation had a contract with

the Government Printing Office ("GPO") located in Washington D.C. to provide copying and

duplicating services. Id. ¶ 4. The Internal Revenue Service ("IRS") utilized the services of

Mr. Slade's company, Controlled Quality Corporation, through the GPO contract, for the

production of various IRS Service Center "Connection" newsletters. Id. ¶ 12. In this suit,

Plaintiff alleges that Defendants violated an express term of a contract between Defendants and

the GPO by subcontracting the predominant production function required in the performance of the contract.  Id. ¶¶ 9-11; see also Affidavit in Support of a Default Judgment by Hugh D. Coughlin, ¶ 6 (April 16, 2008)(attached hereto).  Plaintiff also alleges that Defendants violated the False Claims Act by improperly certifying inflated invoices as being proper for payment. Compl. ¶¶ 11 and 12; see also Coughlin Aff. ¶ 8.  The total amount paid to Defendants equals $499,781.67.  Coughlin Aff. ¶¶ 8-10; see also Compl. ¶¶ 17-18, 22-23.  Defendants paid the sub-contractor a sum of $61,678.50.  Id.

2.    Defendant Slade was served with copies of the summons and Complaint on November 8, 2007.  R. 5.

3.    On November 29, 2007, Defendant Slade moved for a forty-five (45) day enlargement of time to answer the Complaint.  R. 3.  On December 6, 2007, this Court granted the requested relief giving Defendant Slade to January 14, 2008 to answer or otherwise respond to the Complaint.

4.    On January 8, 2008, Defendant Slade moved for a second enlargement of time, this time for a period of sixty (60) days to answer the Complaint.  R. 6.  On January 14, 2008, this Court granted the requested relief giving Defendant Slade to March 14, 2008 to answer or otherwise respond to the Complaint.

5.    Defendants failed to plead or otherwise respond to Plaintiff's Complaint by March 14, 2008, and accordingly, Plaintiff is entitled to judgment by default.  See Fed. R. Civ. P. 55(b).

6.    Consistent with Count I and II of the Complaint and pursuant to the Civil False Claims Act, 31 U.S.C. § 3729, Defendants' fraud and fraudulent inducement resulted in at least 30 instances in which certified inflated invoices were presented for payment, including at least 24

instances where Defendants violated the terms of the contract by subcontracting the predominate function of the requested services.  Compl. ¶ 11; Coughlin Aff. ¶ 10.  The amount improperly paid by Plaintiff United States as a result of the false and fraudulent claims submitted by Defendants was $499,781.67.  Id. ¶ 8.  Notwithstanding Defendants' payment of $61,678.50 to subcontractors, because of Plaintiffs' fraud, the contract agreement between Plaintiff and Defendants is void ab initio, and thus, Plaintiff is entitled to recover all payments made to Defendants, i.e., $499,781.67.[1]  Coughlin Aff. ¶¶ 8-9.  Defendants are also liable to the United States for treble damages and penalties under the False Claims Act.  31 U.S.C. § 3729(a). Specifically, Defendants are liable to the United States for $1,499,345.01 (3 x $499,781.67), plus a penalty of up to $11,000 for each of the 30 false claims that Defendants submitted to the Government.[2]  Coughlin Aff. ¶¶ 8-10.

     7.     Consistent with Count III of the Complaint, the United States paid Defendants on the mistaken belief that Defendants had the equipment and resources to do the work consistent with the contract agreement.  Compl. ¶¶ 25-27.  The United States paid $499,781.67 to Defendants under the mistaken and erroneous belief that the invoices submitted by Defendants were accurate and for allowable and authorized expenses.  Coughlin Aff. ¶¶ 8-10.  Defendants are liable to the United States for the amount of the United States' damage resulting from this payment by mistake, specifically, $499,781.67, together with costs and interest.

---

[1] See Godley v. United States, 5 F.3d 1473 (Fed. Cir. 1993); United States v. TDC Management Corp., 288 F.3d 421 (D.C. Cir. 2002).

[2] See 31 U.S.C. § 3729(a) and 28 C.F.R. § 85.3(a)(9)(establishing civil penalty under the False Claims Act of not less than $5,500 and not more than $11,000).

8.      Consistent with Count IV of the Complaint, Defendants have been unjustly enriched by reason of the United States' erroneous and mistaken payment of monies to Defendants.  Compl. ¶¶ 29-30.  Defendants are liable to the United States for the amount of this unjust enrichment, specifically $499,781.67, Coughlin Aff. ¶¶ 8-10, together with costs and interest. These common law claims are alternative remedies to the False Claims remedies.

9.      Consistent with Count V of the Complaint, Defendants have committed common law fraud by submitting false invoices for payment to the Government.  Moreover, Defendants fraudulently induced the United States into entering the contractual relationship.  Compl. ¶¶ 32-33.  Defendants are liable to the United States for the amount of the United States' damage resulting from the common law fraud, $499,781.67 together with costs and interest.  These common law claims are alternative remedies to the False Claims remedies.

## ARGUMENT

"The determination of whether default judgment is appropriate is committed to the discretion of the trial court."  International Painters and Allied Trades Industry Pension Fund v. Auxier Drywall LLC, 531 F.Supp.2d 56, 57 (D.D.C. 2008).  "[Default judgment usually is available '. . .when the adversary process has been halted because of an essentially unresponsive party[, and] the diligent party must be protected lest [it] be faced with interminable delay and continued uncertainty as to [its] rights.'"  Carpenters Labor-Management Pension Fund v. Freeman-Carder LLC, 498 F.Supp.2d 237, 240 (D.D.C. 2007), quoting, Jackson v. Beech, 636 F.2d 831, 835 (D.C. Cir. 1980)(citation omitted); see also PT (Persero) Merpati Nusantara Airlines v. Thirdstone Aircraft Leasing Group, Inc., 246 F.R.D. 17, 18 (D.D.C. 2007)("A court is empowered to enter a default judgment against a defendant who fails to defend its case.")

4

"Default establishes the defaulting party's liability for the well-pleaded allegations of the complaint[,]" although it "does not establish liability for the amount of damages claimed by [the] plaintiff." Carpenters Labor-Management Pension Fund, 498 F.Supp.2d at 240 (citation omitted). In this regard, "unless the amount of damages is certain, the court is required to make an independent determination of the sum to be awarded." Adkins v. Teseo, 180 F.Supp.2d 15, 17 (D.D.C. 2001). "To fix the amount, the court may conduct a hearing[,] Fed.R.Civ.P. 55(b)(2)[,]" although "[t]he court is not required to do so, . . .'as long as it ensure[s] that there [is] a basis for the damages specified in the default judgment.'"[3] Carpenters Labor-Management Pension Fund, 498 F.Supp.2d at 240, quoting Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., Div. of Ace Young Inc., 109 F.3d 105, 111 (2d Cir.1997).

Here, Plaintiff United States brought this suit on October 31, 2007. Defendant Keith Slade subsequently moved for two extensions of time, the first on November 29, 2007 and the second on January 14, 2008. Regarding the latter, Defendant Slade sought a two month extension to March 14, 2008 to answer. However, as reflected on the docket, Defendants failed

---

[3]The trial court, however, "does not have discretion to decline to award treble damages [under the False Claims Act] because the [Act]. . .provides for 'a civil penalty. . .plus 3 times the amount of damages.'" Morse Diesel Intern., Inc. v. U.S., 79 Fed. Cl. 116, 125 (Fed. Cl. 2007). As noted in Morse Diesel Intern, Inc.,

> The legislative history is clear that Congress intended the imposition of significant civil penalties that would "substantially strengthen the Government's ability to deter fraud *and* regain financial losses resulting from fraud." H.R. REP. 99-660, at 19 (1986) (emphasis added); see also S.Rep. No. 99-345, at 2 (1985), U.S.Code Cong. & Admin.News 1986, pp. 5266, 5267 ("[T]he problem is severe. This growing pervasiveness of fraud necessitates modernization of the Government's primary litigative tool for combating fraud; the False Claims Act [.]")

Id.

to answer the Complaint by this date and have not sought any other relief from the Court within the timeframe for responding to the Complaint. Further, Defendants have not offered any explanation that would constitute good cause for their failure to comply with the deadline for answering the Complaint. As such, this case does not involve merely a technical failure to plead or a minor misstep despite good faith efforts to respond. Rather, given Defendant Slade's requests for enlargements, Defendants have actual knowledge of this case, and despite being given multiple opportunities to respond to the Complaint by this Court, have failed to answer the claims of the United States. Accordingly, the United States requests a determination that Defendants are in default and further requests that the Court order Defendants to pay the United States an amount treble the United States' actual damage, $1,499,345 (3 x $499,781.67), plus a penalty of $11,000 for each of the 30 false invoices submitted by Defendants for a total award of $1,829,345.

The United States urges the Court to assess the maximum penalty of $11,000 for each of the violations given the egregiousness of the conduct (indeed, repeated conduct) on Defendants' part and the considerable (and documented) monetary loss to the United States . See United States ex rel. Miller v. Bill Harbert Int'l Construction, Inc., 501 F.Supp.2d 51, 56 (D.D.C. 2007)("Though there is no defined set of criteria by which to assess the proper amount of civil penalties against the defendant, the Court finds that an approach considering the totality of the circumstances, including such factors as the seriousness of the misconduct, the scienter of the defendants, and the amount of damages suffered by the United States as a result of the misconduct is the most appropriate.") see also United States v. Rogan, 459 F.Supp.2d 692, 727 (N.D.Ill. 2006)("In determining the appropriate penalty, the court considers the totality of the

6

circumstances, including: the egregiousness of the defendant's conduct, whether the United States

suffered any actual damages, other damages that the United States may have incurred, the right of

the United States to be made completely whole, and general fairness.")(citations omitted);

Coughlin Aff. ¶¶ 8-10.

Finally, similar to the plaintiff in PT (Persero) Merpati Nusantara Airlines v. Thirdstone

Aircraft Leasing Group, Inc., cited supra and decided by this Court, Plaintiff in this case has

submitted a declaration in support of its damages calculation.  See Coughlin Aff. (attached

hereto).  Accordingly, as with PT (Persero) Merpati Nusantara Airlines v. Thirdstone Aircraft

Leasing Group, Inc., Plaintiff respectfully submits that a hearing is unnecessary, see Fed.

R.Civ.P. 55(b)(2), and judgment should be entered in Plaintiff's favor.  PT (Persero) Merpati

Nusantara Airlines v. Thirdstone Aircraft Leasing Group, Inc., 246 F.R.D. at 18-19.

Respectfully submitted,

/s/ Jeffrey A. Taylor /kvm
_____

JEFFREY A. TAYLOR, DC BAR #498160
United States Attorney

/s/ Rudolph Contreras
_____

RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
  Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
(202) 307-0492 - Phone
(202) 514-8780 - Fax
beverly.russell@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing *Plaintiff United States' Motion for Default Judgment* was

served upon Plaintiff by registered mail to:

Keith O. Slade
455 Park Road, NW
Washington, D.C. 20010-2531

on this <u>21st</u> day of April, 2008.


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney

## AFFIDAVIT IN SUPPORT OF A DEFAULT JUDGMENT

I, Hugh D. Coughlin, being duly sworn, depose and state:

### INTRODUCTION

1.      I, Hugh D. Coughlin, am a Special Agent with the United States Government Printing Office (GPO), Office of the Inspector General. I have over nine years of federal law enforcement experience conducting investigations into felony and misdemeanor violations of federal law. I have had considerable training and experience relative to the conduct of criminal investigations to include matters related to contract and procurement fraud.


2.      I am duly commissioned as a Special Agent and authorized to conduct criminal and other investigations arising under the laws of the United States, regulations administered by the GPO, to carry firearms, to execute and serve search or arrest warrants, to serve subpoenas and summonses, and to require and receive information relating to such laws and regulations. I am responsible for conducting criminal investigations (Title 18, United States Code and Title 44, United States Code) which involve GPO employees, non-GPO employees, contractors and subcontractors, and/or entities that impact the integrity of the GPO and its ability to conduct business. My post of duty is GPO, 732 N. Capitol Street, NW, Washington, DC 20401.

2.      This affidavit is made in support of a motion of default in the case of United States of

1

America v. Keith O'Brient Slade, Case File No. 04040020C.

3.     I conducted a joint investigation with Special Agent Edward Austin with the Treasury Inspector General for Tax Administration (TIGTA), Special Inquiries and Intelligence Division, Procurement Fraud Unit, into the over-billing of printing services by Keith O'Brient Slade and his now defunct Controlled Quality Corporation, 7309 Waverly Street, Bethesda, Maryland 20814, which he privately held.

4.     The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation, to include the review of records, documents, and other physical evidence obtained during the investigation and information gained through my training and experience.

5.     The complaint filed herein accurately reflects the debt owed by Defendant Keith O'Brient Slade, under the A 17-M Program and the GPO Contract Terms in the Complaint. I will recite herein the precise sums owed under the agreement.

6.     Slade entered into an agreement with the GPO to print the predominant production function required in the performance of the contract and would be paid a fixed price per leaf as

2

specified in the "Schedule of Prices" that were submitted by the defendant. The agreement stipulated that the defendant and his company would not sub-contract the predominant production function. See GPO Contract Terms, Attachment A; also see GPO General Terms, Conditions, and Specifications, Attachment B.

7.    Slade subcontracted out all of the print jobs to Grove Printing Corporation, 4225 Howard Avenue, Kensington, MD 20895.

8.    Slade was paid a total of $499,781.67 for 30 print jobs associated with the agreement between Slade and GPO. Twenty eight of these print jobs were for the Internal Revenue Service, one was for the Ecological Society of America, and the other for the United States Marshal's Service. See Work Orders, Attachment C.

9.    Slade paid the sub-contractor a sum of $61,678.50 for the work that Slade provided to the government. Slade had the print jobs delivered from his place of business as if his company printed the materials. Slade would sign the Work Orders certifying them and submit them to the GPO for payment. See Work Orders, Attachment C.

3

10.    Below is a spreadsheet created in the course of this investigation which depicts all of the instances of CQC's overcharging the Federal Government. The chart demonstrates how much the government paid CQC (which equates to total damages to the government) as well as how much CQC paid the subcontractor, Grove Printing.

| Customer Agency | News Letter Location & Date | Work Order # | Date | How much Government Paid CQC | CQC Actually Paid Grove | Grove Invoice Date |
|---|---|---|---|---|---|---|
| IRS | Brookhaven, NY Sept. 2002 | 75311 | 10/3/02 | $15,800.00 | $2,800.00 | 10/11/02 |
| IRS | Brookhaven, NY Oct. 2002 | 75327 | 10/22/02 | $15,800.00 | $2,300.00 | 10/25/02 |
| IRS | Brookhaven, NY Dec. 2002 | 75352 | 12/16/02 | $16,496.05 | $2,300.00 | 12/19/02 |
| IRS | Cincinnati, OH Feb. 2003 | 75369 | 2/28/03 | $20,812.21 | $3,700.00 | 3/6/03 |
| IRS | Brookhaven, NY Feb. 2003 | 75370 | 2/28/03 | $13,968.01 | $2,583.00 | 3/6/03 |
| IRS | Atlanta, Ga or Memphis, TN Mar. 2003 | 75373 | 3/17/03 | $6,638.82 | Grove Paid McClain $1,676.33 | |
| IRS | Memphis, TN Apr. 2003 | 75375 | 3/21/03 | $17,346.01 | $2,692.00 | 3/26/03 |
| IRS | Cincinnati, OH Mar. 2003 | 75378 | 3/21/03 | $32,152.21 | $3,157.00 | 3/25/03 |
| ESA | N/A | 74909 | 4/9/03 | $18,538.80 | N/A | |

| IRS | Brookhaven, NY Apr. 2003 | 75385 | 5/7/03 | $19,797.86 | $3,419.00 | 5/7/03 |
|---|---|---|---|---|---|---|
| IRS | Cincinnati, OH May 2003 | 75391 | 6/5/03 | $17,625.21 | $3,157.00 | 6/11/03 |
| IRS | Brookhaven, NY Aug. 2003 | 85305 | 8/20/03 | $14,295.10 | N/A - Paid McClain direct $1266.28 | |
| IRS | Cincinnati, OH Aug. 2003 | 85306 | 8/20/03 | $14,176.64 | N/A - Paid McClain direct $2901.58 | |
| US Marshals Service | N/A | 73212 | 9/2/03 | $1,630.85 | N/A | |
| IRS | Marketing Guide | 85312 | 9/17/03 | $29,517.48 | N/A | |
| IRS | Philadelphia, PA Sept. 2003 | 85313 | 9/22/03 | $15,809.24 | $1,547.00 | 9/29/03 |
| IRS | Memphis, TN Sept. 2003 | 85314 | 9/22/03 | $20,247.14 | $3,168.70 | 9/22/03 |
| IRS | AWA | 85324 | 10/22/03 | $22,270.64 | $3,416.00 | 10/28/03 |
| IRS | Philadelphia, PA Oct. 2003 | 85325 | 10/22/03 | $14,160.44 | $1,459.95 | 10/28/03 |
| IRS | N/A | 85329 | 10/28/03 | $5,106.44 | N/A | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| IRS | Philadelphia, PA Nov. 2003 | 85333 | 11/24/03 | $13,061.24 | $1,459.95 | 12/1/03 |
| IRS | Memphis, TN Nov. 2003 | 85335 | 11/24/03 | $15,122.24 | $1,517.38 | 11/30/03 |
| IRS | Philadelphia, PA Dec. 2003 | 85337 | 12/1503 | $13,198.64 | $1,459.95 | 12/15/03 |
| IRS | Memphis, TN Dec. 2003 | 85338 | 12/15/03 | $13,748.64 | $2,496.63 | 12/15/03 |
| IRS | Philadelphia, PA Jan. 2004 | 85344 | 1/14/04 | $13,198.64 | $1,449.95 | 1/20/04 |
| IRS | Brookhaven, NY Jan. 2004 | 85345 | 1/14/04 | $14,297.84 | $1,570.40 | 1/20/04 |
| IRS | One Time Job | 85348 | 1/22/04 | $27,237.40 | $5746.00 applies to 85349 | 1/26/04 |
| IRS | One Time Job | 85349 | 1/22/04 | $27,237.40 | see 85349 | " " |
| IRS | Philadelphia, PA Feb. 2004 | 85355 | 2/26/04 | $13,885.64 | $1,570.40 | 3/2/04 |
| IRS | Cincinnati, OH Feb. 2004 | 85356 | 2/26/04 | $16,604.84 | $2,864.00 | 3/2/04 |
| TOTAL | | | | $499,781.67 | $61,678.50 | |
| Total Damages to the Government: $499,781.67 | | | | | | |

I SWEAR AND AFFIRM under the penalty of perjury, that the foregoing is true and accurate, to the best of my knowledge, information and belief

*[signature]* 4/16/08

Hugh D. Coughlin, Special Agent
4/16/08

6

# Contract Clauses

## 1. Contractual Responsibility.

Awards by GPO for printing, binding, and related services are the sole responsibility of GPO and not of its customer agencies. Modifications shall have no force or effect unless addressed before the fact to and subsequently confirmed in writing by the Contracting Officer. Failure to comply with this clause may be cause for nonpayment of additional costs incurred or rejection of the order.

## 2. Order of Precedence.

In the event of an inconsistency, the inconsistency shall be resolved by giving precedence in the following order: (a) specifications; (b) supplemental specifications; (c) solicitation provisions; (d) contract clauses; and (e) other provisions whether incorporated by reference or otherwise.

## 3. Workday.

(a) The term "workday" is defined as Monday through Friday of each week, exclusive of the days on which Federal Government holidays are observed. Also excluded are those days on which the Government Printing Office is not open for the transaction of business, such as days of national mourning, hazardous weather, etc.

(b) References to "days" other than "workdays" shall mean calendar days.

## 4. Changes.

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government in accordance with the drawings, designs, or specifications.

(2) Method of shipment or packing.

(3) Place of delivery.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The contractor must submit any "proposal for adjustment" (hereafter referred to as proposal) under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted anytime before final payment.

(d) If the contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the contractor from proceeding with the contract as changed.

## 5. Disputes.

(a) Except as otherwise provided, all disputes concerning a question of fact arising under this contract which is not disposed of by agreement shall be decided by the Contracting Officer, who shall render a decision in writing and mail or otherwise furnish a copy to the contractor.

(b) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under the contract. A claim arising under a contract is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. However, a written demand or written assertion by the contractor seeking the payment of money exceeding $50,000 shall not be a claim until certified as required by subparagraph (c)(2) of this clause. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim. The submission may be converted into a claim by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(c)(1) A claim by the contractor shall be made in writing and submitted to the Contracting Officer for a written decision. A claim by the Government against the contractor shall be subject to a written decision by the Contracting Officer.



(2)(i) Contractors shall provide the certification specified in subparagraph (c)(2)(iii) of this clause when submitting any claim exceeding $50,000.

(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

(iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor."

(3) The certification may be executed by any person duly authorized to bind the contractor with respect to the claim.

(d) For contractor claims of $50,000 or less, the Contracting Officer must, if requested in writing by the contractor, render a decision within 60 days of the request. For contractor-certified claims over $50,000, the Contracting Officer must, within 60 days, decide the claim or notify the contractor of the date by which the decision will be made.

(e) The decision of the Contracting Officer shall be final and conclusive unless, within 90 days from the date of receipt of such copy, the contractor mails or otherwise furnishes a written notice of appeal to the Government Printing Office Board of Contract Appeals.

(f) The decision of the Board shall be final and conclusive unless determined by a court of competent jurisdiction to have been fraudulent, capricious, or arbitrary, or so grossly erroneous as necessarily to imply bad faith, or not supported by substantial evidence.

(g) In connection with any appeal under this clause, the contractor shall be afforded an opportunity to be heard and to offer evidence in support of its appeal. Pending final decision of a dispute hereunder, the contractor shall proceed diligently with performance and in accordance with the Contracting Officer's decision.

(h) This clause does not preclude consideration of law questions in connection with decisions provided for in paragraph (d); provided, that nothing shall be construed as making final the decision of any administrative official, representative, or board on a question of law.

(i) The contractor shall proceed diligently with performance of the contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the contracting officer.

**6. Subcontracts.**

(a) The contractor may make contracts with any other party for the furnishing of any part of the supplies or work called for, with the exception that the predominant production function required in the performance of the contract shall not be subcontracted. If the predominant production function is other than presswork, it shall be so identified in the specifications.

(b) The term "Presswork" includes, but is not limited to digital imaging, laser, inkjet, and bublejet printing.

**7. Government Furnished Property (GFP).**

The contractor is required to examine the furnished property immediately upon receipt. If at that time there is disagreement with the description or the requirements as presented in the specification (or print order/GPO Form 2511), and prior to the performance of any work, the contractor shall contact the U.S. Government Printing Office, Central Office Printing Procurement Division, Washington, DC 20401, or the originating Regional Printing Procurement Office, and contest the description. (Failure to examine the GFP/specifications and bring any discrepancies to the attention of the Contracting Officer *will not* relieve the contractor of responsibility to perform.) The Contracting Officer will then investigate and make a determination which will be final. If the decision is reached that the original description is proper, the contractor will be required to proceed with the work. Failure to agree to the description shall be a dispute within the meaning of the Disputes clause. If the decision is reached that the description is erroneous, the Contracting Officer will proceed in one of the following manners:

(a) In the case of sealed bids, either an equitable adjustment will be negotiated with the contractor or the order will be terminated.

(b) In the case of a print order placed through a term contract, an equitable adjustment will be negotiated and a supplemental agreement issued. However, in multiple award contracts where GPO determines contractor sequence on each print order, GPO will recompute the print order sequence using the revised specifications. If this results in a different contractor having the overall low cost for that print order, the order may be terminated in accordance with the Termination for the Convenience of the Government clause and, if terminated, will be offered to the new low contractor.

(c) The Contracting Officer may at his/her option, when requested, furnish the contractor with

14

Program A17-M
Specifications by KVT
Reviewed by SKM

## U.S. GOVERNMENT PRINTING OFFICE
Washington, D.C.

### GENERAL TERMS, CONDITIONS, AND SPECIFICATIONS

For the Procurement of

Color Copying/Duplicating

as requisitioned from the U.S. Government Printing Office (GPO) by
Various Government Departments and Agencies

Multiple Vender Ordering Agreement

The term of this agreement is for the period
beginning August 1, 2003 and ending July 31, 2004

BID OPENING: Bids shall be publicly opened at 11:00 a.m., prevailing Washington, D.C. time, on July 25, 2003.

BID SUBMISSION: Submit bid in pre-addressed envelope furnished with solicitation, or send to: U.S. Government Printing Office, Bid Section, Room B-104, Stop PPSB, Washington, D.C. 20404-0001. Facsimile bids in response to this solicitation are permitted. Facsimile bids may be submitted directly to the GPO Bid Section, FAX No. (202) 512-1782. The Program number and bid opening date must be specified with the bid. Refer to Facsimile Bids in Solicitation Provisions of GPO Contract Terms, GPO Publication 310.2 as revised June, 2001.

PRODUCTION AREA: It is assumed that all production facilities used in the manufacture of the products ordered under this agreement must be located within a 40-kilometer (25-mile) radius of zero milestone Washington, D.C.

Any bidder intending to use production facilities outside this area should furnish information, with the bid, which will on its face demonstrate ability to meet the schedule requirements. The determination by the Government of the acceptability of this information in no way relieves the successful bidder of the responsibility for compliance with these schedule requirements.

Abstracts of contract prices are available at *http://winapps.access.gpo.gov/ppd/abstracts/central/default.asp*

For information of a technical nature, call Keith Togans (202) 512-0319 (No collect calls). Email address ktogans@gpo.gov , fax number (202) 512-1551.



## SECTION 1.- GENERAL TERMS AND CONDITIONS

GPO CONTRACT TERMS: Any contract which results from this Invitation for Bid will be subject to the applicable provisions, clauses, and supplemental specifications of GPO Contract Terms (GPO Publication 310.2, effective December 1, 1987 (Rev. 6-01)) and GPO Contract Terms, Quality Assurance Through Attributes Program for Printing and Binding (GPO Publication 310.1, effective May 1979 (Rev. August 2002)).

QUALITY ASSURANCE LEVELS AND STANDARDS: The following levels and standards shall apply to these specifications:

Product Quality Levels:
 (a) Printing  (page related) Attributes  – Level IV.
 (b) Finishing (item related) Attributes  -- Level IV.

Inspection Levels (from ANSI/ASQC Z1.4):
 (a) Non-destructive Tests   General Inspection Level I.
 (b) Destructive Tests       Special Inspection  Level S-2.

Specified Standards: The specified standards for the attributes requiring them shall be:

| Attribute | Specified Standard |
|---|---|
| P-7.   Type Quality and Uniformity | Camera/Reproduction Copy/electronic media |
| P-9.   Color Match | Camera/Reproduction Copy/electronic media |

EXTENSION OF AGREEMENT TERM: At the request of the Government, the term of any agreement resulting from this solicitation may be extended for such period of time as may be mutually agreeable to the GPO and the contractor.

ASSIGNMENT OF JACKETS, PURCHASE AND WORK ORDERS: A GPO purchase order will be issued to the contractor to cover work performed.  The purchase order will be supplemented by an individual "work order" and various jacket numbers for each job placed with the contractor. The work order, when issued, will indicate the quantity to be produced and any other information pertinent to the particular order.

PREAWARD SURVEY: In order to determine the responsibility of the prime contractor or any subcontractor, the Government reserves the right to conduct a preaward survey or to require other evidence of technical, production, managerial, financial, and similar abilities to perform, prior to the award of an agreement.

ORDERING: Items to be furnished under the agreement shall be ordered by the issuance of work orders by the Government. Orders may be issued under the agreement from August 1, 2003 through July 31, 2004. All work orders issued hereunder are subject to the terms and conditions of the agreement.  The agreement shall control in the event of conflict with any work order.  A work order shall be "issued" for purposes of the agreement, when it is furnished to the contractor in conformance with the schedule.

BILLING: Invoices for completed work orders are to be submitted to the U.S. Government Printing Office, N. Capitol and H St., NW, Room C807, mail stop PPC, Washington, DC 20401 or faxed to (202) 512-1551.  If contractor fails to follow this procedure, payment may be delayed. Invoices for partially completed orders will not be accepted. Contractor shall be required to submit a work order form and delivery receipt, for each order invoiced. The work order is to be signed and dated by the recipient at time of delivery.

Color Copying/Duplicating
A17-M    (7/04)

Page 3 of 13

QUANTITIES:  This agreement is for the items and for the period specified herein.  Shipment/delivery of items or performance of work shall be made only as authorized by orders issued in accordance with the clause entitled "Ordering".  The quantities of items specified herein are estimates only, and are not purchased hereby.  Except as may be otherwise provided in this agreement, if the Government's requirements for the items set forth herein do not result in orders in the amounts or quantities described as "estimated", it shall not constitute the basis for an equitable price adjustment under this agreement.

Except as otherwise provided in this agreement, the Government shall order from the contractor(s) all the items set forth which are required to be purchased by the Government activity identified on page 1.

The Government shall not be required to purchase from the contractor(s), requirements in excess of the limit on total orders under this agreement, if any.

Orders issued during the effective period of this agreement and not completed within that time shall be completed by the contractor(s) within the time specified in the order, and the rights and obligations of the contractor(s) and the Government respecting those orders shall be governed by the terms of this agreement to the same extent as if completed during the effective period of this agreement.

If shipment/delivery of any quantity of an item covered by the agreement is required by reason of urgency prior to the earliest date that shipment/delivery may be specified under this agreement, and if the contractor(s) will not accept an order providing for the accelerated shipment/delivery, the Government may procure this requirement from another source.

The Government may issue work orders which provide for shipment/delivery to or performance at multiple destinations.  Subject to any limitations elsewhere in this agreement, and pursuant to the section entitled "DETERMINATION OF AWARD AND PLACEMENT OF WORK," the low contractor and each successive low contractor shall furnish to the Government all items set forth herein which are called for by work orders issued in accordance with the "Ordering" clause of this agreement, except when the shipping/delivery schedule cannot be met.

Color Copying/Duplicating
A17-M    (7/04)

## SECTION 2.- SPECIFICATIONS

SCOPE: These specifications cover the production of short-run, quick turnaround, copying/duplicating of self-and-separate cover publications and overhead transparencies requiring such operations as black and color copying/duplicating, binding, packing, and delivery.

TITLE: Color Copying/Duplicating

FREQUENCY OF ORDERS: Because this program is used by all of the various Government agencies and departments, it is impossible to state with any degree of accuracy the number of orders which will be placed during the term of this agreement. Therefore, in order to project the anticipated usage on this agreement, historical data accumulated over the past agreement period will be used. It is anticipated that from 0 to 20 orders may be placed per week.

QUANTITY: It is anticipated that the quantities ordered on this program will range from approximately 1 to 3,000 copies per order. However, an occasional order may be placed for over 3,000 copies.

NUMBER OF PAGES: Approximately 1 to 300 pages per order.

TRIM SIZES:    Text and Covers:    Format A 8-1/2 x 11"
                                    B  8-1/2 x 14"

                Tabs:    9 x 11" includes 1/2" lip.
                Overhead Transparencies:    8-1/2 x 11".

GOVERNMENT TO FURNISH: Copy consisting of single or multi color images to be reproduced at various focuses. Copy may contain halftones and/or screens.

Electronic Media (Approximately 30% of the orders) - Platform: Macintosh 8,9,10.x operating system, or MS Windows 95, 98, 2000,XP,(ME) and NT operating system.

Storage Media: Disks (3-1/2"), CD ROM, and Zip Disks.

Software: Programs used on the Macintosh and PC platform may be in PDF Format, Adobe PageMaker, Illustrator, InDesign, QuarkXpress, Macromedia Freehand and Corel Draw. NOTE: File will be created in current or near current versions of the above mentioned programs.

Files will be furnished in both native application format and PostScript format.

Fonts: All printer and screen fonts will be furnished on the majority of the orders. An occasional order may require the contractor to furnish the required fonts. The contractor is cautioned that furnished fonts are the property of the Government and/or its originator. All furnished fonts are to be eliminated from the contractor's archive immediately after completion of the contract.

A visual of the furnished electronic files will be provided.

GPO Form 952 (Desktop Publishing - Disk Information).

One reproduction proof, Form 905 (R. 8/95) with labeling and marking specifications.

Identification markings such as register marks, ring folios, rubber stamped jacket numbers, commercial identification marks of any kind, etc., except GPO imprint, form number, and revision date, carried on copy or electronic media must not print on finished product.

CONTRACTOR TO FURNISH:  All materials and operations, other than those listed under "Government to Furnish," necessary to produce product in accordance with these specifications.

STOCK/PAPER:  The specifications of all paper furnished must be in accordance with those listed herein or listed for the corresponding JCP Code numbers in the "Government Paper Specification Standards No. 11" dated February 1999.

Color of paper furnished shall be of a uniform shade and a close match by visual inspection of the JCP and/or attached color sample(s).  The Contracting Officer reserves the right to reject shipments of any order printed on paper the color of which, in his/her opinion, materially differs from that of the color sample(s).

All paper used in each copy must be of a uniform shade.

The paper to be used will be indicated on each work order.

White High Quality Xerographic Copier, Laser Printer (qualified product), basis weight: 24 lbs. per 500 sheets, 17 x 22", equal to JCP Code 0-61.

White, Plain Copier, xerographic paper, basis weight: 20 lbs. per 500 sheets, 17 x 22", equal to JCP Code 0-60, or, at contractor's option; White Offset Book, basis weight: 50 lbs. per 500 sheets, 25 x 38", equal to JCP Code A60; or, White Writing, basis weight: 20 lbs. per 500 sheets, 17 x 22", equal to JCP Code D10.

White and colored Index, basis weight: 90 lbs. per 500 sheets, 25-1/2 x 30-1/2", equal to JCP Code K10.  Based on historical data, 30% of the total cover stock ordered was white Index.

White and colored Vellum-Finish Cover, basis weight: 65 lbs. per 500 sheets, 20 x 26", equal to JCP Code L20.  Based on historical data, 60% of the total cover stock ordered was white Vellum.

Tabs: White Index, basis weight: 90 lbs. per 500 sheets, 25-1/2 x 30-1/2", equal to JCP Code K10.

Clear transparent film for creating overhead transparencies.

Front cover:  Thick clear polyester, vinyl or cellulose acetate.

Back cover:  Black Leatherette - Latex Fiber Cover Stock (Lexide, Bestex, or Equal).  Best quality latex fiber base made with cotton fibers and rubber latex having a surface coating of pyroxylin, back coated.  Thickness, pattern and finish – close match of furnished sample acceptable.

COPYING/DUPLICATING:  Reproduce face only or face and back, in black only or color.  Each work order will have at least 1 page printing in color.

Tab dividers will reproduce in black on one side only.

Create single color and multi-color overhead transparencies.

The GPO imprint requirement is waived.

MARGINS:  Maintain margins as indicated on copy or electronic files.

Color Copying/Duplicating
A17-M     (7/04)

BINDING:  Bind as indicated on the work order.  Various binding styles will be ordered in accordance with these specifications. Each work order will contain complete binding instructions as follows:

Gather in sequence and trim four sides.

Side-wire stitch in two places and trim four sides.

Wire stitch in upper left corner and trim four sides.

Saddle-wire stitch in two places and trim three sides.  Each product must contain complete 4-page signature after trimming. Single leaves connected with a lip (i.e., binding stub) to left or right side of stitches will not be allowed.

Bind with black or white plastic combs (i.e., GBC) of suitable capacity.

Bind with black Velo binding of suitable capacity.

Bind with black thermal adhesive tape.

Collate one or 2 piece covers with the text.

Paper band or shrink-film wrap in units as specified on the work order.

When required, contractor will insert colored paper separators between sets.

When specified, drill two or three 1/4" or 3/8" diameter holes as indicated on the work order.

Tab Lipping: 1/2" wide; round all corners.

Folding: Up to 3 folds may be ordered.  Fold to the size indicated on the work order.

Cutting: An occasional order may require cutting down from the original format size. Size will be indicated on the work order.

PACKING:  Wrap (kraft paper or shrink-film) or band in units as indicated and pack in containers as appropriate.  Pack in shipping containers not to exceed 45 pounds when fully packed.

Shipping containers must be made in accordance with ASTM D5118 and any amendments thereto and shall have a minimum bursting strength of 275 pounds per square inch or a minimum edge crush test (ECT) of 44 pounds per inch width.

LABELING AND MARKING:  Reproduce shipping container label from furnished repro, fill in appropriate blanks and attach to shipping containers.

Color Copying/Duplicating
A17-M    (7/04)

Page 7 of 13

DISTRIBUTION: Deliver f.o.b. destination to various Departments and Agencies within the commercial zone of Washington, D.C. Inside delivery to the room number specified may be required.

An occasional order may ship f.o.b. contractor city to one or two addresses outside of the commercial zone of Washington, D.C. by a small package carrier. Contractor to be reimbursed by submitting a properly completed shipping receipt with the voucher for billing.

Upon completion of each order, all furnished material must be returned to the address indicated on the work order.

Complete addresses and quantities will be furnished with the work orders.

All expenses incidental to picking up and returning materials must be borne by the contractor.

SCHEDULE: Adherence to this schedule must be maintained. Contractor must not start production of any job prior to receipt of the individual work order.

No definite schedule for pickup of material can be specified.

Furnished material must be picked up from and delivered to various Government Departments or Agencies within the commercial zone of Washington, DC.

The ship/deliver date indicated on the work order is the date products ordered f.o.b. destination must be received at destination and products shipped f.o.b. contractor's city must be delivered to the carrier.

Regular Schedule:

The following schedule begins the workday after notification of availability of work order and furnished material; the workday after notification will be the first workday of the schedule.

Complete delivery must be made within 2 or more workdays as specified on the work order.

Accelerated Schedule:

Approximately 10% of the orders will be for an accelerated schedule.

Accelerated orders require a 24 hour turn-around time from time of call. Calls will be made between the hours of 8:00 a.m. and 3:00 p.m.

Unscheduled material such as shipping documents, receipts or instructions, delivery lists, labels, etc., will be furnished with each order or shortly thereafter. In the event such information is not received in due time, the contractor will not be relieved of any responsibility in meeting the shipping schedule because of failure to request such information.

## SECTION 3.- DETERMINATION OF AWARD

The Government will make multiple awards under this solicitation since it is anticipated that one firm may not be able to meet all of the requirements.

In order to make multiple agreements and to determine the sequence of contractors, the Government will apply the prices offered by each contractor in the "Schedule of Prices" to the following units of production which are the estimated requirements to produce one year's production under this agreement. These units do not constitute, nor are they to be construed as a guarantee of the volume of work which may be ordered for a like period of time.

Agreements will be entered into with the low offeror, the next low offeror, and so on until the Government feels that sufficient agreements are in place to meet its needs.

Notwithstanding any sequence of contractors established as a result of the Determination of Award, the Government reserves the right, without limitation, to place individual orders with those contractors whose prices are determined to be fair and reasonable.

Orders placed pursuant to a Multiple Award Schedule (MAS), using the procedures in this subpart, are considered to be issued pursuant to full and open competition.

By placing an order against this agreement using the procedures in this agreement, the ordering office has concluded that the order represents the best value and results in the lowest overall cost alternative (considering price, special features, administrative costs, etc.) to meet the Government's needs.

Due to the urgency of the work, orders will be placed by telephone and the contractor must reply within 30 minutes whether or not the order can be accepted.

Exception: Noncompliance with the shipping and/or delivery schedule, or any other term, condition, or specification of this contract will be cause, and the GPO reserves the right, to withhold further orders until the contractor is judged by the Government to have established adequate procedures to fulfill the requirements.

PREMIUM PAYMENTS: Orders requiring the "Accelerated Schedule" of 24 hours will be paid for at the premium rate in accordance with the contractor's offered percentage in the "Schedule of Prices".

All other orders will be placed with the required schedule and paid for at the basic prices offered.

Percentages offered for premium priced work are additional to the basic prices offered for units of work. Premium payments, when authorized, will apply to all items.

It is estimated that 20% of the orders placed on this contract will require an accelerated schedule. Premium payments for the accelerated schedule will be evaluated for award. Evaluation will be effected by applying the percentage increase, offered for the accelerated schedule in the "Schedule of Prices" (Item VI.), to 20% of the prices offered for all items.

NOTE: Work orders with more time than 24 hours in the schedule will not be paid premium payments and the contractor will not list such items on his/her voucher.

This additional cost will be included in the total prices offered and will be used to determine the lowest offer.

Failure of the contractor to deliver work at the time specified will result in disallowance of premium payments that were anticipated and the contractor will not list such items on their voucher.

<u>The following item designations correspond to those listed in the "Schedule of Prices".</u>

|      |     | (1)     | (2)  | (3)  |
|------|-----|---------|------|------|
| I.   | (a) | 20,890  | 0    | 153  |
|      | (b) | 53,528  | 0    | 35   |
|      | (c) | 6,023   | 0    | 65   |
|      | (d) | 6,109   | 0    | 513  |

|      |     | (1)     | (2)  | (3)  |
|------|-----|---------|------|------|
| II.  | (a) | 62,802  | 0    | 76   |
|      | (b) | 22,278  | 0    | 540  |
|      | (c) | 2,214   | 0    | 149  |
|      | (d) | 196     | xxx  | xxx  |
|      | (e) | 134     | xxx  | xxx  |

| III. |     | 12,829  |
|------|-----|---------|

| IV.  |     | 0  |
|------|-----|----|

| V.   | (a) | 3,652  |
|------|-----|--------|
|      | (b) | 3,190  |
|      | (c) | 4,160  |
|      | (d) | 49,693 |
|      | (e) | 115    |
|      | (f) | 1,541  |
|      | (g) | 1,260  |
|      | (h) | 1,394  |
|      | (i) | 29     |
|      | (j) | 299    |

(Page 10 is Blank)

Color Copying/Duplicating
A17-M     (7/04)

(THIS PAGE IS INTENTIONALLY BLANK)

Color Copying/Duplicating
A17-M    (7/04)

Page 11 of 13

## SECTION 4.- SCHEDULE OF PRICES

Bids offered are f.o.b. destination to addresses within the commercial zone of Washington, D.C. and f.o.b. contractor's city to all other addresses.

Bids for each item listed in its respective format group, as defined in Section 2.- Specifications, must include the cost of all required materials and operations in accordance with these specifications.

Bidder must make an entry in each of the spaces provided. Bids submitted with any obliteration, revision, or alteration of the order and manner of submitting bids, may be declared nonresponsive.

Bids submitted with NB (No Bid) or blank spaces for an item may be declared nonresponsive.

An entry of NC (No Charge) shall be entered if bidder intends to furnish individual items at no charge to the Government.

All vouchers submitted to the GPO shall be based on the most economical method of production.

The Contracting Officer reserves the right to reject any offer that contains prices for individual items of production (whether or not such items are included in the Determination of Award) that are inconsistent or unrealistic in regard to other prices in the same offer or to GPO prices for the same operation if such action would be in the best interest of the Government.

Fractional parts of 10 or 100 will be prorated at the per 10 or 100 rate.

Minimum charge of $15.00 is allowed per work order.

Saddle stitched products with a trim-size of 8-1/2 x 11" shall be charged under Format C for Printing and Paper.

I.  COPYING/DUPLICATING:  Prices offered are per leaf (text and cover) and must include the cost of any required makeready and setup media.  Leaves printing black only on one side and color on the other are to be charged under both line items (a) and (c).  The cost of all paper must be charged under item II. PAPER.

|  | Per 100 leaves | | |
| --- | --- | --- | --- |
|  | Format A (1) | Format B (2) | Format C (3) |
| (a)  One side copying/duplicating black ..................................... $_____ | $_____ | $_____ | |
| (b)  Face and back copying/duplicating black.............................. $_____ | $_____ | $_____ | |
| (c)  One side copying/duplicating in color.................................. $_____ | $_____ | $_____ | |
| (d)  Face and back copying/duplicating in color .......................... $_____ | $_____ | $_____ | |

_____

(Initials)

Color Copying/Duplicating
A17-M    (7/04)

Page 12 of 13

II.  PAPER:  Payment for all paper supplied by the contractor under the terms of these specifications, as ordered on the individual work orders, will be based on the net number of leaves furnished for the products ordered in the applicable "Format" group.  The cost of any paper required for makeready or running spoilage must be included in the prices offered.

|  | Format A (1) | Per 100 leaves Format B (2) | Format C (3) |
|---|---|---|---|
| (a)  White plain copier Xerox paper (20-lb.), white offset book (50-lb.), white writing (20-lbs.)............................................ | $_____ | $_____ | $_____ |
| (b)  White laser printer paper (24-lb.).......................... | $_____ | $_____ | $_____ |
| (c)  White index (90-lb.) Colored index (90-lb.) White vellum-finish (65-lb.) Colored vellum-finish (65-lb.) .......................... | $_____ | $_____ | $_____ |
| (d)  Clear acetate.......................................... | $_____ | $___xxx___ | $___xxx___ |
| (e)  Leatherette.......................................... | $_____ | $___xxx___ | $___xxx___ |

III. TAB DIVIDERS:  Price offered must include cost of paper, imaging, and insertion into text ..............................................................per 10 dividers ........$_____

IV. OVERHEAD TRANSPARENCIES:  Prices offered must include the cost of all materials and imaging in black only or color
................................................................................per 10 overhead transparencies .........$_____

V.  BINDING, PACKING AND DELIVERY:  The prices offered shall include the cost of all required materials and operations necessary for the product listed in accordance with these specifications.

(a)  Side wire stitching with one or two stitches (as specified).....................per 10 books.............$_____

(b)  Fold, saddle-wire stitch in two places and trim three sides ....................per 10 books.............$_____

(c)  Band with kraft bands or shrink-film wrap (as specified) .........per 10 bands or wraps.............$_____

(d)  Drilling ..........................................................................per 100 leaves.............$_____

(e)  Binding with plastic combs of suitable capacity (includes cost of punching and combs) ................................ per 10 books.............$_____

(f)  Thermal Adhesive Tape binding...........................................per 10 books.............$_____

(g)  Velo binding ..........................................................................per 10 books.............$_____

_____
(Initials)

Color Copying/Duplicating
A17-M    (7/04)

Page 13 of 13

(h) Folding (1 to 3 folds) ............................................................................ per 100 leaves.............$_____
   An additional charge will not be allowed under (h) for the fold of a saddle stitched product.

(i) Inserting colored paper between sets.....................................................per 100 leaves.............$_____
   Price shall include the cost of inserting and paper.

(j) Cutting.............................................................................................per 100 leaves..........$_____
   Prices offered are for cutting to a size other than Formats A, B or C.

VI. PREMIUM PAYMENTS:  Premium payments, when authorized, will apply to all items required to produce the product ordered.  This is only authorized for orders placed on the "Accelerated Schedule" as defined in these specifications.

Percentage
increase................................................................................................................._ _ _ _ _%

INSTRUCTIONS FOR BID SUBMISSION:  Fill out "Section 4.- Schedule of Prices," initialing or signing each page in the space(s) provided.  Submit two copies (original and one exact duplicate) of the "Schedule of Prices" with two copies of the GPO Form 910 "BID" form.  Do not enter bid prices on GPO Form 910; prices entered in the "Schedule of Prices" will prevail.

Bidder_____

_____
                                                        (City - State)

By_____
                           (Signature and title of person authorized to sign this bid)

_____
                 (Person to be contacted)                        (Telephone Number)

My production facilities are located within the assumed area of production..............._____yes _____no

NOTICE:  Bidders OUTSIDE the assumed production area specified on page one of these specifications should complete the following information.

1.    Proposed carrier(s) for pickup of Government Furnished Material_____

      a.  Number of hours from acceptance of work order to pickup of
          Government Furnished Material..........................................................................._____

      b.  Number of hours from pickup of Government Furnished Material
          to delivery at contractor's plant........................................................................._____

2.    Proposed carrier(s) for delivery of completed product _____

      a.  Number of hours from notification to carrier to pickup of completed product.............._____

      b.  Number of hours from pickup of completed product to delivery at destination................._____

Program 17-M Work Order  190-16218

Contractor: __Controlled Quality__    Contractor's Code: ~~456-50625~~    Oct.3, 2002

Purchase Order: __08819__    Delivery Date: __Oct. 10, 2002__

Agency: __Internal Revenue Service__    Agency Contact: __Natasha Baker__

Phone Number: __202-622-7741__    Work Order No: __75311__

Title: __Document 11927 B (09-2002)__

Requisition No.: __2003-01082 / 2003-01810__    Gov. Credit Card No.: _____

Billing Address Code: __4830-01__    Expiration Date: _____

Jacket No.: __496-895__    Appropriation No.: __Subject to funds Appr.__

Quantity: __5202__    Trim Size: __8.500 x 11.00  11 x 17__

No. of Black One Side Only Leaves: _____    No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____    No. of Color Face and Back Leaves: __8  4__

Separate Cover:  One Piece ☐  Two Piece ☐

Paper:  White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color _____
        or Writing
        White Index ☐    Colored Index - Color _____
        White Laser ☒

Overhead Transparency ☐    Tab Dividers:  (quantity) _____

Binding:  Stitch Upper Left ☐  Velo ☐    Tape ☐  Plastic Combs: Black ☐  White ☐
          Saddle Stitch ☒    Side Stitch ☐  Shrink Wrap ☐    Band ☐  In Units of: _____
          Fold to __6__
          Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.
          Center of holes _____ " from edge of sheet.
          Inserting colored paper between sets; _____

Deliver To:

Brookhaven IRS Center/ Attn: Christine Hicks
SB/SE Communications Liaison
1040 Waverly Avenue, Stop 104
Holtsville,NY 11742    (Analyst receive 2 Samples)    (Shipping Labels are provide)

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500  (8 ) pgs. Newsletter (See
Construction Sample).  Layout: Head to Head.  Margins: Center sides, Shoot @ 100%.  (PDF files(E-MAIL) and
Camera Copy provided for printing) .PLEASE send samples back to: Natasha Baker, 1111 Constitution Ave. NW
Washington, DC.. 20224.

Departmental Authority (Signature and Title)

_James Durham_  4/16
James Durham, Chief Publishing Services

For Contractor's Use Only:

Copies Received By: _See Attached_    Date Copies Received: __10/15/02__
                    (Departmental Signature)

Total Cost: $ ~~15,800.00~~
(Form Revised 6/99)

~~$833.00~~
$15616.40 JM

$ 8328.40

I R K  10/12
RNF  NA  OTHER

## Program 17-M Work Order

Contractor: Controlled Quality Corp     Contractor's Code: 190-16218    Oct.22,2002

Purchase Order: 98819   CQ      Delivery Date:   Oct. 28, 2002

Agency:    Internal Revenue Service      Agency Contact:    Natasha Baker

Phone Number:    202-622-7741      Work Order No:    75327

Title:   Document 11927 B (Rev.10-2002)

Requisition No.: 2003-01082 / 2003-02855     Gov. Credit Card No.:

Billing Address Code:   4830-01      Expiration Date:

Jacket No.: 496-895      Appropriation No.: 2pn20

Quantity:    5202      Trim Size:    8.500 x 11.00

No. of Black One Side Only Leaves: _____     No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____     No. of Color Face and Back Leaves:   8

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐      White Vellum ☐     Colored Vellum - Color_____

     or Writing              White Index ☐     Colored Index - Color_____

     White Laser ☒

Overhead Transparency ☐     Tab Dividers:    (quantity) _____

Binding:    Stitch Upper Left ☐    Velo ☐     Tape ☐    Plastic Combs: Black ☐   White ☐

     Saddle Stitch ☒     Side Stitch ☐    Shrink Wrap ☐     Band ☐   In Units of: _____

     Fold to _____

     Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.

     Center of holes _____ " from edge of sheet.

     Inserting colored paper between sets: _____

Deliver To:

Brookhaven IRS Center/ Christine Hicks
SB/SE Communication Liaison
1040 Waverly Avenue, Stop 104
Holtsville, NY 11742      ( Analyst receive 2 Samples)     (Shipping labels are provide)

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500   (8 ) pgs. Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM is sample for Printing. NOTE: the newsletter is in the October file folder on the CD- ROM ). PLEASE send samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC.. 20224.

Departmental Authority (Signature and Title)     *James Dunham*   *MBaker*

                 James Dunham, Chief Publishing Services

For Contractor's Use Only:

Copies Received By:    *SEE Attached*     Date Copies Received: 10/30/02

              (Departmental Signature)

Total Cost: $ *15,800. 00*

(Form Revised 6/99)

            *2 leaves are   $8328. 40*

*Contractor*

F1

## Program 17-M Work Order

| | |
|---|---|
| Contractor: Controlled Quality Corp | Contractor's Code: 190-16218    Dec. 16, 2002 |
| Purchase Order: 98819    CQ | Delivery Date: Dec. 20, 2002 @ Dest. |
| Agency: Internal Revenue Service | Agency Contact: Natasha Baker |
| Phone Number: 202-622-7741 | Work Order No: 75352 |
| Title: Document 11927 B (Rev.12-2002) | |
| Requisition No.: 2003-01082 / 03-04320 | Gov. Credit Card No.: |
| Billing Address Code: 4830-01 | Expiration Date: |
| Jacket No.: 496-895 | Appropriation No.: 2pn20 |
| Quantity: 5203 | Trim Size: 8.500 x 11.00 |

No. of Black One Side Only Leaves: _____    No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____    No. of Color Face and Back Leaves: 8

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color _____

or Writing    White Index ☐    Colored Index - Color _____

White Laser ☒

Overhead Transparency ☐    Tab Dividers:    (quantity) _____

Binding:    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs: Black ☐    White ☐

Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of:

Fold to _____

Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.

Center of holes _____ " from edge of sheet.

Inserting colored paper between sets: _____

Deliver To:

Brookhaven IRS Center/ Christine Hicks
SB/SE Communication Liaison
1040 Waverly Avenue, Stop 104
Holtsville, NY 11742    ( Analyst receive 3 Samples)    (Shipping labels are provide)

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500  (8 ) pgs. Newsletter (See Construction Sample). Layout: Head to Head, Margins: Center sides. Shoot @ 100%. (CD- ROM  is sample for Printing. NOTE: the newsletter is in the ~~November~~ file folder on the CD- ROM ). PLEASE send  3 samples and GFM  back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC., 20224.

Departmental Authority (Signature and Title)    _James Durham_  MBaker

James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount | |
|---|---|---|---|---|---|
| | | | | | SKM |
| Paper (b) Laser 24 lb | 41,624 | 2.05 | 100  213.32  ~~853.29~~ | | 426.65 |
| Binding | 5203 | 2.00 | 10 | 1040.60 | ✓ |
| Copying F/B Color | 41,624 | 68.00 | 100  7076.08 | 14,152.16 | ✓ |
| Delivery Overnight | 6 | 75.00 | each | Ste~~450.00~~  351.70 | H authorized per receipt |
| | | | | $ 15970.61    ~~16,496.85~~ | J Murphy CO 12/20/02 |
| | | | | $ 8330.00 | |

## Program 17-M Work Order

| | |
|---|---|
| Contractor: Controlled Quality Corp | Contractor's Code: 190-16218 |
| | 02-28-2003 |
| Purchase Order: 98819   CQ | Delivery Date: 03-05-2003 |
| Agency: Internal Revenue Service | Agency Contact: Natasha Baker |
| Phone Number: 202-622-7741 | Work Order No: 75369 |
| Title: Document 11927 C (Rev.03-2003) | |
| Requisition No.: 2003-01082 2003-06051 | Gov. Credit Card No.: |
| Billing Address Code: 4830-01 | Expiration Date: |
| Jacket No.: 496-895 | Appropriation No.: 2pn20 |
| Quantity: 4503 | Trim Size: 8.500 x 11.00 |

No. of Black One Side Only Leaves: _____      No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____      No. of Color Face and Back Leaves: _____

Separate Cover:   One Piece ☐   Two Piece ☐

Paper:   White Copier, Offset ☐      White Vellum ☐      Colored Vellum - Color _____

     or Writing      White Index ☐      Colored Index - Color   12

     White Laser ☒

Overhead Transparency ☐   Tab Dividers:   (quantity) _____

Binding:   Stitch Upper Left ☐   Velo ☐      Tape ☐   Plastic Combs: Black ☐   White ☐

     Saddle Stitch ☒   Side Stitch ☐   Shrink Wrap ☐      Band ☐   In Units of: _____

     Fold to _____

     Drill _____ round holes _____ " in diameter on _____ side _____ " center-to-center.

     Center of holes _____ " from edge of sheet.

     Inserting colored paper between sets: _____

Deliver To:

Cincinnati IRS Center
SB/SE Communication & Liaison
201 W. River Center Blvd. Stop 63
Covington, KY 41019          ( Analyst receive 2 Samples )  ( Shipping Labels provided )

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500  (12 ) pgs, Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM is sample for Printing ). PLEASE send 3 samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC.. 20224.

Departmental Authority (Signature and Title)  *James Durham  M Baker*

James Durham, Chief Publishing Services

For Contractor's Use Only.

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 54,036 | 2.05 | 100  276.73 | 553.87 |
| Binding | 4503 | 2.00 | 10 | 900.60 |
| Copying F/B Color | 54,036 | 68.00 | 100  9186.12 | 18,372.24 |
| Delivery Overnight | 10 | Vary See Attached | each | 985.50 |

*101,360.68*

20,812.21

## Program 17-M Work Order

Contractor: Controlled Quality Corp     Contractor's Code: 190-16218    02-28-2003

Purchase Order: 98819   CQ     Delivery Date: 03-06-2003

Agency: Internal Revenue Service     Agency Contact: Natasha Baker

Phone Number: 202-622-7741     Work Order No: 75370

Title: Document 11927 B (Rev.02-2003)

Requisition No.: 2003-01082 /03-06052     Gov. Credit Card No.:

Billing Address Code: 4830-01     Expiration Date:

Jacket No.: 496-895     Appropriation No.: 2pn20

Quantity: 4503     Trim Size: 8.500 x 11.00

No. of Black One Side Only Leaves:     No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:     No. of Color Face and Back Leaves: 8

Separate Cover:   One Piece ☐   Two Piece ☐

Paper:   White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color_____

    or Writing     White Index ☐    Colored Index - Color_____

    White Laser ☒

Overhead Transparency ☐    Tab Dividers:   (quantity) _____

Binding:   Stitch Upper Left ☐   Velo ☐    Tape ☐   Plastic Combs: Black ☐   White ☐

    Saddle Stitch ☒    Side Stitch ☐   Shrink Wrap ☐    Band ☐   In Units of:_____

    Fold to _____

    Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.

    Center of holes _____ " from edge of sheet.

    Inserting colored paper between sets: _____

Deliver To:

Brookhaven IRS Center/ Christine Hicks
SB/SE Communication Liaison
1040 Waverly Avenue, Stop 104
Holtsville, NY 11742     ( Analyst receive 3 Samples)    (Shipping labels are provide)

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500 (8 ) pgs. Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM is sample for Printing. NOTE: the newsletter is in the November file folder on the CD- ROM ). PLEASE send 3 samples and GFM back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC. 20224.

Departmental Authority (Signature and Title)     *James Durham* *NBaker*

James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 36,024 | 2.05 | 100 *184.62* | 369.25 |
| Binding | 4503 | 2.00 | 10: | 900.60 |
| Copying F/B Color | 36,024 | 68.00 | 100 *6124.08* | 12,248.16 |
| Delivery Overnight | 7 | Vary See Attached | each | 387.25 |

*7209.30*    $13,968.01

Supporting Documents - 04/01/2003

MAR. 28. 2003  3:27PM                                    NO.148  P.10/18

## Program 17-M Work Order

Contractor: Controlled Quality Corp            Contractor's Code: 190-16218        03-17-2003

Purchase Order: 98819  CQ                        Delivery Date:  @ DEST. 03-26-2003

Agency:  Internal Revenue Service               Agency Contact:        Natosha Baker

Phone Number:  202-622-7741                      Work Order No.:    75373

Title:  ICS XP Training Material For Drury Inn

Requisition No.: 2003-01982 2003-06346          Gov. Credit Card No.:

Billing Address Code:  4830-01                   Expiration Date:

Jacket No.: 486-895                              Appropriation No.: 2pn20

Quantity:  220                                   Trim Size:        8.500 x 11.00

No. of Black One Side Only Leaves:                              No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:    667        No. of Color Face and Back Leaves:

Separate Cover:   One Piece ☐  Two Piece ☐

Paper:   White Copier, Offset ☒    White Vellum ☐    Colored Vellum - Color

         or Writing                 White Index ☐    Colored Index - Color

         White Laser ☐

Overhead Transparency ☐    Tab Dividers:  (quantity)

Binding:   Stitch Upper Left ☐  Velo ☐    Tape ☐  Plastic Comb: Black ☐  White ☐

           Saddle Stitch ☐   Side Stitch ☐   Shrink Wrap ☐   Band ☐  in Units of:

           Fold to

           Drill   3   round holes   Punch   " in diameter on _____ side _left_ _center-to-center.

           Center of holes _____ " from edge of sheet.

           Inserting colored paper between sets:

Deliver To:

Atlanta- Chamblee CMLC
Attn: Brigette Mathews
233 Peachtree, NE , Harris Tower, Room 400, 4th Floor
Atlanta, GA 30303

Additional Instructions:

Qty 220
Prints 667 pages  Face and Back on 8.5 x 11.00 on 20# white writing paper in black ink , Layout Head to Head
Margins: Center sides. shoot @ 100%.  3 Hole Punch, left side. (Camera Copy is provided for printing)
Camera Label is provided for Distribution.

Departmental Authority (Signature and Title)

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 20 lb | 146,740 | .45 | 100  330.66 | 660.33 |
| Binding | 220 | 1.90 | 10 | 41.80 |
| Copying F/B B&W | 146,740 | 3.50 | 100  2571.10 | 5135.90 |
| Drilling | 146,740 | .35 | 100  257.18 | 513.59 |
| Delivery Overnight | 20 | Vary See Attached | each | 287.20 |

3 230.76        $6,638.82

## Program 17-M Work Order

| | |
|---|---|
| Contractor: Controlled Quality Corp | Contractor's Code: 190-16218    03-21-2003 |
| Purchase Order: 98821   LI | Delivery Date:    03-25-2003 |
| Agency:    Internal Revenue Service | Agency Contact:    Natasha Baker |
| Phone Number:    202-622-7741 | Work Order No.:    75375 |
| Title:    Document 11927 M (Rev.03-2003) | |

Requisition No.: 2003-01082 /2003-06546     Gov. Credit Card No.:_____

Billing Address Code:    4830-01     Expiration Date:_____

Jacket No.: 496-895     Appropriation No.: 2pn20

Quantity:    5503     Trim Size:    8.500 x 11.00

No. of Black One Side Only Leaves:_____     No. of Color One Side Only Leaves:_____

No. of Black Face and Back Leaves:_____     No. of Color Face and Back Leaves:    8

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐     White Vellum ☐    Colored Vellum - Color_____
    or Writing     White Index ☐    Colored Index - Color_____
    White Laser ☒

Overhead Transparency ☐    Tab Dividers:  (quantity)_____

Binding:    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs: Black ☐    White ☐
    Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of:_____
    Fold to _____
    Drill _____ round holes _____ " in diameter on _____ side _____ =center-to-center.
    Center of holes _____ " from edge of sheet.
    Inserting colored paper between sets:_____

Deliver To:
Memphis IRS Center / Attn: Nancy Barberis
SB/SE Communication & Liaison
5333 Getwell Road, Stop 15
Memphis, TN 38118

Additional Instructions:
Prints on 11 x 17 White Laser in CMYK , Folded to 11.00 x 8.500  (8 ) pg. Newsletter. Color copy both sides. Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD - ROM) is sample for run. Return samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington DC., 20224.

Departmental Authority (Signature and Title)    _James Durham_ MBAN7
    James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 44024 | 2.05 | 100 | 225.62 451.25 |
| Binding | 5503 | 2.00 | 10 | 1100.60 |
| Copying F/B Color | 44024 | 68.00 | 100 | 7484.08 14,968.16 |
| Delivery Overnight | 8 | Vary See Attached | each | 826.00 |

$8810.30    $17,346.01

N/A

## Program 17-M Work Order

| | |
|---|---|
| Contractor: Controlled Quality Corp | Contractor's Code: 190-16218    03-21-2003 |
| Purchase Order: 98819   CQ | Delivery Date:    03-26-2003 |
| Agency:    Internal Revenue Service | Agency Contact:    Natasha Baker |
| Phone Number:    202-622-7741 | Work Order No.:    75378 |

Title:  Document 11927 C (Rev.03-2003)

Requisition No.: 5003-01082 ~~0012~~ 2003-06556)   Gov. Credit Card No.:

Billing Address Code:  4830-01    Expiration Date:

Jacket No.: 496-895    Appropriation No.: 2pn20

Quantity:  ~~9003~~ 7203    Trim Size:    8.500 x 11.00

No. of Black One Side Only Leaves: ___    No. of Color One Side Only Leaves: ___

No. of Black Face and Back Leaves: ___    No. of Color Face and Back Leaves: ___

Separate Cover:  One Piece ☐    Two Piece ☐

Paper:  White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color ___
        or Writing    White Index ☐    Colored Index - Color   12
        White Laser ☒

Overhead Transparency ☐    Tab Dividers:  (quantity) ___

Binding:  Stitch Upper Left ☐  Velo ☐    Tape ☐  Plastic Combs: Black ☐  White ☐
         Saddle Stitch ☒    Side Stitch ☐  Shrink Wrap ☐    Band ☐  In Units of: ___
         Fold to ___
         Drill ___ round holes ___ " in diameter on ___ side ___ "center-to-center.
         Center of holes ___ " from edge of sheet.
         Inserting colored paper between sets: ___

Deliver To:
Cincinnati IRS Center
SB/SE Communication & Liaison
201 W. River Center Blvd. Stop 63
Covington, KY 41019    ( Analyst receive 2 Samples )  ( Shipping Labels provided)

Additional Instructions:
Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500 (12 ) pgs. Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM is sample for Printing ). PLEASE send  3 samples  back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC.. 20224.

NRK

RNF  (NA) OTHER

Departmental Authority (Signature and Title)
James Dunham, Chief Publishing Services

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 86,436 | 2.05 | 100   442.44 | 885.97 |
| Binding | 7203 | 2.00 | 10 | 1440.60 |
| Copying F/B Color | 86,436 | 68.00 | 100   N644.12 | 29,388.24 |
| Delivery Overnight | 9 | Vary See Attached | each | 437.40 |

$32,152.21

* Pls Note that the quantity different from the original stated quantity because the job was in production and the client had to stop production and change the job.

16,577. 70

APR. 28. 2003    7:43AM                                          NO. 402    P. 2/4

## Program 17-M Work Order

Contractor: _Controlled Quality_ Corp. if mas      actor's Code: _190-1648_  Date: _4/9/03_

Purchase Order: _988189_                           Delivery Date: _4/25/03_

Agency: _ESA_                    Agency Contact: _J. Chidrick_

Phone Number: _202-693-0335_     Work Order             _874909_

Title: _Century Spe_            _Decimal Book_

Requisition No.: _03-232_        Gov. Credit Card No.: _____

Billing Address Code: _4510-CH_   Expiration Date: _____

Jacket No.: _497-123_            Appropriation No.: _F014-RCFP 2422-6000-100_

Quantity: _1200_                 Trim Size: _8 1/2 x 11_

No. of Black One Side Only Leaves: _____     No. of Color One Side Only Leaves: _1_

No. of Black Face and Back Leaves: _306_       No. of Color Face and Back Leaves: _____

Separate Cover:  One Piece ☐  Two Piece ☒   _COVER 1 Prints Color only._

Paper:  White Copier, Offset ☒    White Vellum ☒   Colored Vellum – Color _Front_
        or Writing _L Text_       White Index ☐     Colored Index – Color _____
        White Laser ☐                               _COVER (Front, BACK)_

Overhead Transparency ☐   Tab Dividers:  (quantity) _____

Binding:  Stitch Upper Left ☐  Velo ☐   Tape ☐  Plastic Combs (Black) ☐  White ☐  RED ☒
          Saddle Stitch ☐  Side Stitch ☐  Shrink Wrap ☐  Band ☐  In Units of: _____
          Fold to _____
          Drill _____ round holes _____ " in diameter on _____ side _____ " center-to-center.
          Center of holes _____ " from edge of sheet.
          Inserting colored paper between sets: _____

Deliver To:
_See Dist List._

Additional Instructions:  _(color copies)_
_COVER 1 prints Red, Cover 2,3,4 blank_
_RED Comb binds Required._

Departmental Authority (Signature and Title)
_Carlus Eneebe    693-7175_

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 367,200 | 1.15 | 100 | 4222.80 |
| Paper (c) Vellum | 2400 | 2.50 | 100 | 60.00 |
| Binding | 1200 | 10.00 | 10 | 1200.00 |
| Copying F/B B&W | 367,200 | 3.50 | 100 | 12,852.00 |
| Copying One Sided Color | 1200 | 17.00 | 100 | 204.00 |
| | | | | $18,538.80 |

## Program 17-M Work Order

Contractor: Controlled Quality Corp     Contractor's Code: 190-16218     05-01-2003

Purchase Order: 98819    CQ     Delivery Date: 05-07-2003

Agency: Internal Revenue Service     Agency Contact: Natasha Baker

Phone Number: 202-622-7741     Work Order No: - 75385

Title: Document 11927 B (Rev.04-2002)

Requisition No.: 2003-01082 / 03-07653     Gov. Credit Card No.:

Billing Address Code: 4830-01     Expiration Date:

Jacket No.: 486-895     Appropriation No.: 2pn20

Quantity: 5203     Trim Size: 8.500 x 11.00

No. of Black One Side Only Leaves:     No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:     No. of Color Face and Back Leaves: 10

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color
          or Writing              White Index ☐    Colored Index - Color
          White Laser ☒

Overhead Transparency ☐    Tab Dividers:    (quantity)

Binding:    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs: Black ☐    White ☐
            Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of:

Fold to

Drill _____ round holes_____ " in diameter on _____ side _____ "center-to-center.

Center of holes _____ " from edge of sheet.
Inserting colored paper between sets:

Deliver To:
Brookhaven IRS Center/ Christine Hicks
SB/SE Communication Liaison
1040 Waverly Avenue, Stop 104
Holtsville, NY 11742     ( Analyst receive 3 Samples)     (Shipping labels are provide)

Additional Instructions:
Prints on 11 x 17 White Laser in Black and Red 032CYU , Folded to 11.00 x 8.500  (10 ) pgs. Newsletter (See
Construction Sample).  Layout Head to Head.  Margins: Center sides, Shoot @ 100%. (CD- ROM  is sample for
Printing. NOTE: the newsletter is in the November file folder on the CD- ROM ). PLEASE send  3 samples and
GFM  back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC.. 20224.

Departmental Authority (Signature and Title)

James Durham, Chief Publishing Services

| Articles of Services For Contractors Use Only | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 52,030 | 2.05 | 100 | 3/4.48 533.31 |
| Binding | 5203 | 2.00 | 10 | 1040.60 |
| Copying F/B Color | 52,030 | 68.00 | 100 | 1044.12 17,690.20 |
| Delivery Overnight | 7 | Vary See Attached | each | 533.75 |

11,974.70    $19,797.86

## Program 17-M Work Order

Contractor: Controlled Quality Corp                Contractor's Code: 190-16218          June 5, 2003

Purchase Order: 98819    CQ                         Delivery Date:    JUNE 10, 2003

Agency:    Internal Revenue Service                Agency Contact:    Natasha Baker

Phone Number:    202-622-7741                      Work Order No.:    75391

Title:    Document 11927 C (Rev.05-2003)

Requisition No.: 2003-01082 / 03-0S382             Gov. Credit Card No.:

Billing Address Code:    4830-01                   Expiration Date:

Jacket No.: 496-895                                Appropriation No.: 2pn20

Quantity:    4003                                  Trim Size:    8.500 x 11.00

No. of Black One Side Only Leaves:                 No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:                 No. of Color Face and Back Leaves:    12

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐        White Vellum ☐      Colored Vellum - Color
          or Writing                    White Index ☐       Colored Index - Color
          White Laser ☒
Overhead Transparency ☐    Tab Dividers:    (quantity)

Binding:   Stitch Upper Left ☐    Velo ☐    Tape ☐   Plastic Combs: Black ☐   White ☐
           Saddle Stitch ☒    Side Stitch ☐   Shrink Wrap ☐   Band ☐   In Units of:

           Fold to
           Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.
           Center of holes _____ " from edge of sheet.
           Inserting colored paper between sets:

Deliver To:

Cincinnati IRS Center
SB/SE Communication & Liaison
201 W. River Center Blvd. Stop 63
Covington, KY 41019                    ( Analyst receive 2 Samples)   ( Shipping Labels provided)

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500  (12 ) pgs. Newsletter (See
Construction Sample). Layout Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM  is sample for
Printing ). PLEASE send  3 samples  back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC.. 20224.

Departmental Authority (Signature and Title)

James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 48,036 | 2.05 | 100 | 270.20 492.37 |
| Binding | 4003 | 2.00 | 10 | 800.60 |
| Copying F/B Color | 48,036 | 68.00 | 100 | 8166.12 16,332.24 |

9 359.09

$17,625.21

Program 17-M Work Order 190-16218

| Contractor: Controlled Quality Corp | Contractor's Code: 450-50635 | 08-20-2003 |
|---|---|---|
| Purchase Order: 93015 CQ | Delivery Date: | 08-25-2003 |

Agency: Internal Revenue Service

Phone Number: 202-622-7741

Title: Document 11927 C (Rev.08-2003)

Agency Contact: Natasha Baker

Work Order No.: 85306

Requisition No.: 2003-01082 / 03-09863

Billing Address Code: 4830-01

Jacket No.: 496-395

Quantity: 3503

Gov. Credit Card No.:

Expiration Date:

Appropriation No.: 2pn20

Trim Size: 8.500 x 11.00

No. of Black One Side Only Leaves: _____  No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____  No. of Color Face and Back Leaves: __12

Separate Cover:  One Piece ☐  Two Piece ☐

Paper:  White Copier, Offset ☐      White Velum ☐    Colored Velum - Color _____
or Writing                            White Index ☐    Colored Index - Color _____
White Laser ☒

Overhead Transparency ☐    Tab Dividers:    (quantity) _____

Binding:  Stitch Upper Left ☐  Velo ☐    Tape ☐  Plastic Combs: Black ☐  White ☐
Saddle Stitch ☒  Side Stitch ☐  Shrink Wrap ☐    Band ☐  In Units of: _____

Fold to _____

Drill _____ round holes _____ " in diameter on _____ side _____ center-to-center.

Center of holes _____ " from edge of sheet.
Inserting colored paper between sets: _____

Deliver To:

Cincinnati IRS Center/Dorothy Barry
SB/SB Communication & Liaison
201 W. River Center Blvd. Stop 63
Covington, KY 41019    (Analyst receive 2 Samples) (Shipping Labels provided) (SEE DISTRIBUTION LIST)

*See Attach Distribution list.*

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU, Folded to 11.00 x 8.500 (12) pgs. Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD-ROM is sample for Printing ). PLEASE send 3 samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC., 20224.

*Send UPS Next Day Air*

Departmental Authority [Signature and Title]

James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 42036 | 1.95 | 100 | 409.85 |
| Binding | 3503 | 1.50 | 10 | 528.45 |
| Copying F/B Color | 42036 | 63.00 | 100 | 13,241.34 |

$14,176.64

111072

9

## Program 17-M Work Order

| | | | |
|---|---|---|---|
| Contractor Controlled Quality Corp | | Contractor's Code 190-16218 | Sept. 17, 2003 |
| Purchase Order 93015 CQ | | Delivery Date: | Sept.30,2003 |
| Agency: Internal Revenue Service | | Agency Contact | Natasha Baker |
| Phone Number 202-622-7741 | | Work Order No 85312 | |
| Title TEC Marketing and Communication Guide | | | |
| Requisition No. 2003-01082 / 2003-07996 | | Gov. Credit Card No. | |
| Billing Address Code 4830-01 | | Expiration Date | |
| Jacket No. 496-398 | | Appropriation No 2pn21 | |
| Quantity 1810 | | Trim Size 8.500 x 11.00 | |

No. of Black One Side Only Leaves _____          No. of Color One Side Only Leaves _____

No. of Black Face and Back Leaves _____          No. of Color Face and Back Leaves. 46

Separate Cover     One Piece ☐     Two Piece ☐

| Paper | White Copier, Offset ☒ | White Vellum ☐ | Colored Vellum - Color _____ |
|---|---|---|---|
| | or Writing | White Index ☐ | Colored Index - Color _____ |
| | White Laser ☐ | Cover Prints on white Litho 60# ✓ | |
| Overhead Transparency ☐ | Tab Dividers (quantity) CMYK | | |
| Binding | Stitch Upper Left ☐  Velo ☐ | Tape ☒  Plastic Combs  Black ☐  White ☐ | |
| | Saddle Stitch ☒  Side Stitch ☐  Shrink Wrap ☐  Band ☐  In Units of _____ | | |

Fold to _____

Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center

Center of holes _____ " from edge of sheet.

Inserting colored paper between sets _____

**Deliver To**          CD

SEE DISTRIBUTION LIST on disk (Excel file)
Carton label is supplied for shipment.
Contractor must use IRS small package carrier account. If contractor doesn't have a IRS small package carrier
account one can be setup for them.

**Additional Instructions**

Cover 1-4 print 11 x17 and fold to 8.5 x 11 on 60# White Litho (Gloss) coated Cover. Cover 2 and 3 are blank. Text
pages 1-46 print 8.5 x 11.00 on 50# white offset writing paper. Text pgs 1& 2 print face only Text pgs 3- 46 print
11 x 17 and fold to 8.5 x 11.00 face and back. PDF file is provide for printing  Binding Saddle Stitch. Margins:
Face 1/2" top. Bind- 3/4"  Proofs: Please supply one finish booklet for a proof, before completely printing the whole
job Requested date to receive proof from contractor is Sept. 22, 2003   (See sample for construction)

Departmental Authority (Signature and Title)

James Durkin, Chief Publishing Services

**For Contractor's Use Only**

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 83260 | 1.05 | 100 | 874.23 |
| Paper (c) Cover 60 lb | 1810 | 5.50 | 100 | 99.55 |
| Binding | 1810 | 10.50 | 10 | 1900.50 |
| Copying F/B Color | 83260 | 63.00 | 100 | 26,643.20 |

$29,517.48

10/29/03

OCT 22 2003  2:28PM

102541 00

2

## Program 17-M Work Order

9-22-2003
9-17-2003

Contractor, Controlled Quality Corp _____ Contractor's Code, 190-16213 _____

Purchase Order 93015 CQ _____ Delivery Date: __9-22-2003__ 9-28-003

Agency __Internal Revenue Service__    Agency Contact _____ Natasha Baker

Phone Number. __202-622-7741__    Work Order No _ 85313 __

Title __Document 11927 P (Rev 9-2003)__ _____

Requisition No : 2003-01082 / 2003-09868    Gov Credit Card No . _____

Billing Address Code __4830-01__    Expiration Date _____

Jacket No. 496-895    Appropriation No _2bn20_

Quantity _5753_    Trim Size ____8.500 x 11.00____

No. of Black One Side Only Leaves _____    No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves. _____    No of Color Face and Back Leaves _3_

Separate Cover    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color_____

or Writing    White Index ☐    Colored Index - Color_____

White Laser ☒

Overhead Transparency ☐    Tab Dividers    (quantity) _____

Binding    Stitch Upper Left ☐   Velo ☐    Tape ☐  Plastic Combs: Black ☐  White ☐

Saddle Stitch ☒   Side Stitch ☐   Shrink Wrap ☐    Band ☐  In Units of_____

Fold to _____

Dril ____ round holes _____" in diameter on _____ side _____ "center-to-center

Center of holes _____" from edge of sheet.

Inserting colored paper between sets:_____

Deliver To:

Philadelphia IRS Center
SB/SE Communication & Liaison
11601 Roosevelt Blvd ,DP N-800
Philadelphia, PA 19154    SEND UPS NEXT DAY AIR

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11 00 x 8 500 (8 ) pgs  Newsletter (See Construction Sample)  Layout Head to Head.  Margins  Center sides  Shoot @ 100%  (CD- ROM is sample for Printing )  ,PLEASE send samples back to: Natasha Baker, 1111 Constitution Ave NW Washington, DC  20224

Departmental Authority (Signature and Title) _____

James Durham  Chief Publishing Services

For Contractor's Use Only.

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 46,024 | 1 95 | 100 | 448.73 |
| Binding | 5753 | 1.50 | 10 | 862.95 |
| Copying F/B Color | 46,024 | 63.00 | 100 | 14497.56 |
| | | | | $15,809.24 |

10/6/03

Program 17-M Work Order

09-22-2003  I

Contractor: Controlled Quality Corp          Contractor's Code: 190-16218    09-17-2003

Purchase Order: 93015  CQ          Delivery Date:  09-22-2003  09-25-2003

Agency:  Internal Revenue Service          Agency Contact  Natasha Baker

Phone Number:  202-622-7741          Work Order No.:  85314

Title:  Document 11927 M (Rev.09-2003)

Requisition No.: 2003-01082 /2003-09867          Gov. Credit Card No.:

Billing Address Code:  4830-01          Expiration Date:

Jacket No.: 496-895          Appropriation No.:  2pn20

Quantity:  5003          Trim Size:  8.500 x 11.00

No. of Black One Side Only Leaves:          No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:          No. of Color Face and Back Leaves:  12

Separate Cover:   One Piece ☐   Two Piece ☐

Paper:   White Copier, Offset ☐      White Vellum ☐      Colored Vellum - Color

            or Writing                      White Index ☐      Colored Index - Color

            White Laser ☒

Overhead Transparency ☐   Tab Dividers:   (quantity)

Binding:   Stitch Upper Left ☐   Velo ☐      Tape ☐  Plastic Combs: Black ☐  White ☐
            Saddle Stitch ☒   Side Stitch ☐   Shrink Wrap ☐      Band ☐  In Units of:
            Fold to
            Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.
            Center of holes _____ " from edge of sheet.
            Inserting colored paper between sets:

Deliver To:
Memphis IRS Center / Attn: Nancy Barberis
SB/SE Communication & Liaison          SEND  UPS  NEXT  DAY  AIR
5333 Getwell Road, Stop 15
Memphis, TN 38118

Additional Instructions:
Prints on 11 x 17 White Laser in CMYK . Folded to 11.00 x 8.500  (8 ) pgs. Newsletter (See Construction Sample).
Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM  is sample for Printing ). PLEASE send 3
samples  back to: Natasha Baker, 1111 Constitution Ave. NW Washington. DC. 20224.

Departmental Authority (Signature and Title)

James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 60,036 | 1.95 | 100 | 585.35 |
| Binding | 5003 | 1.50 | 10 | 750.45 |
| Copying F/B Color | 60,036 | 63.00 | 100 | 18911.34 |

$20,247.14

OCT 29. 2003  1:14PM                                                                    NO.674   P.2/2

115901

Goodies
2

## Program 17-M Work Order

| Contractor: Controlled Quality Corp | Contractor's Code: 19C-16218 | 10/22/2003 |
|---|---|---|
| Purchase Order 93015 CQ | Delivery Date: | 10/29/2003 |

Agency ___Internal Revenue Service___        Agency Contact: ___Natasha Baker___

Phone Number ___202-622-7741___             Work Order No ___85334___

Title ___Document 11927 M (Rev.11-2003)___

Requisition No ·2003-01082 / 04-02657        Gov. Credit Card No ·_____

Billing Address Code· 4820-01                Expiration Date:_____

Jacket No ·486-896  704-757                  Appropriation No.: 2pn20

Quantity: ___5503___                         Trim Size: ___8.500 x 11.00___

No. of Black One Side Only Leaves:_____  No of Color One Side Only Leaves:_____

No. of Black Face and Back Leaves _____  No. of Color Face and Back Leaves __12__

Separate Cover     One Piece ☐   Two Piece ☐

Paper    White Copier, Offset ☐        White Vellum ☐    Colored Vellum - Color_____
         or Writing                    White Index ☐     Colored Index - Color_____
         White Laser ☒

Overhead Transparency ☐   Tab Dividers:   (qanity)_____

Binding   Stitch Upper Left ☐  Velo ☐   Tape ☐  Plastic Combs  Black ☐ White ☐
          Saddle Stitch ☒   Side Stitch ☐  Shrink Wrap ☐   Band ☐  in Units of:_____
          Fold to _____
          Drill _____ round holes _____ " in diameter on _____ side _____ · center-to-center
          Center of holes _____ " from edge of sheet.
          Inserting colored paper between sets·_____

Deliver To·
Memphis IRS Center / Attn· Nancy Barbera
SB/SE Communication & Liaison
5333 Getwell Road, Stop 15
Memphis, TN 38118

Additional Instructions·
Prints on 11 x 17 White Laser in CMYK , Folded to 11.00 x 8.500 (8½) pgs. Newsletter (See Construction Sample)
Layout: Head to Head  Margins: Center sides. Shoot @ 100%. (CD- ROM  is sample for Printing ) .PLEASE send 3
samples back to Natasha Baker, 1111 Constitution Ave. NW Washington, DC 20224

Departmental Authority (Signature and Title)
                                    James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 66,036 | 1.95 | 100 | 643.85 · |
| Binding (H) | 5503 | 1.50 | 10 | 825.45 · |
| Copying F/B Color | 66,036 | 63.00 | 100 | 20,801.34 · |
| | | | | $22,270.64 · |

11/5/03 N

OCT.23.2003    1:41PM                                          NO.575    P.2 2

## Program 17-M Work Order

Contractor: Controlled Quality Corp          Contractor's Code: 190-16218          10-22-2003

Purchase Order: 93015 CQ                      Delivery Date: 10-27-2003

Agency: Internal Revenue Service             Agency Contact: Natasha Baker

Phone Number: 202-622-7741                   Work Order No: 85325

Title: Document 11927 P (Rev.-2003)

4-01202  Requisition No.: 2003-04082 / 04-02658          Gov. Credit Card No.:

Billing Address Code: 4880-01 4830-00        Expiration Date:

Jacket No.: 490-806 304-757                  Appropriation No.: 2pn20

Quantity: 5153                               Trim Size: 8.500 x 11.00

No. of Black One Side Only Leaves:           No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:           No. of Color Face and Back Leaves: 8

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐     White Vellum ☐     Colored Vellum - Color
          or Writing                 White Index ☐      Colored Index - Color
          White Laser ☒

Overhead Transparency ☐    Tab Dividers: (quantity)

Binding:   Stitch Upper Left ☐   Velo ☐    Tape ☐  Plastic Combs: Black ☐  White ☐
           Saddle Stitch ☒    Side Stitch ☐   Shrink Wrap ☐     Band ☐  In Units of:
           Fold to
           Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.
           Center of holes _____ " from edge of sheet.
           Inserting colored paper between sets:

Deliver To:
Philadelphia IRS Center
SB/SE Communication & Liaison
11601 Roosevelt Blvd. DP N-800
Philadelphia, PA 19154          SEND UPS NEXT DAY AIR
Additional Instructions:
Print on 11 x 17 White Laser in Black and Red 032CVU, Folded to 11.00 x 8.500 (8) pgs. Newslater (See
Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM is sample for
Printing). PLEASE send samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC., 20224.

Departmental Authority (Signature and Title)
James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 41,224 | 1.95 | 100 | 401.93 |
| Binding (H) | 5153 | 1.50 | 10 | 772.95 |
| Copying F/B Color | 41,224 | 63.00 | 100 | 12,985.56 |

$14,160.44



## Program 17-M Work Order

Contractor: Controlled Quality Corp          Contractor's Code: 190-16218          10-28-2003

Purchase Order: 93015    CQ          Delivery Date: ~~10-30-2003~~ 10-31-2003

Agency: Internal Revenue Service          Agency Contact: Natasha Baker

Phone Number: 202-622-7741          Work Order No: 85329

Title: Pub. 3930 (Rev. 8-2003)

4. 01202 Requisition No.: ~~2003-01082~~ /200402844          Gov. Credit Card No.: _____

Billing Address Code: 4830-01          Expiration Date: _____

Jacket No. ~~406-685~~  304757          Appropriation No.: Subject to FY04 FUNDS

Quantity: 1503          Trim Size: 8.500 x 11.00

No. of Black One Side Only Leaves: _____          No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____          No. of Color Face and Back Leaves: 10

Separate Cover:   One Piece ☐   Two Piece ☐

Paper:   White Copier, Offset ☐          White Vellum ☐          Colored Vellum – Color _____

or Writing          White Index ☐          Colored Index – Color _____

*White* ~~Light Gray~~ Laser ☒   KT/11-4

Overhead Transparency ☐   Tab Dividers:   (quantity) _____

Binding:   Stitch Upper Left ☐   Velo ☐          Tape ☐   Plastic Combs: Black ☐   White ☐

Saddle Stitch ☒          Side Stitch ☐   Shrink Wrap ☐          Band ☐   In Units of: _____

Fold to _____

Drill _____ round holes _____ " in diameter on _____ side _____ " center-to-center.

Center of holes _____ " from edge of sheet.

Inserting colored paper between sets: _____

Deliver To:
IRS/SB/TEC- ATTN: Candice Sease/ Ph. 336-378-2137
320 Federal Place
Room 241
Greensboro, NC 27401

*UPS Next Day Air (Use IRS Accounting #)*

Additional Instructions:
Print on 11x 17 light gray offset book 20# in CMYK. Folds to 11.00 x 8.5 . Page 1 prints face only and pages 2-10 prints head to head . Margins: Center sides. Shoot @ 100% (PDF file is provided for printing).

Please send 3 samples , back to: Natasha Baker 1111 Constitution Ave. NW Washington, DC 20224/ Rm 6239

Departmental Authority (Signature and Title)

James Dietsum, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 15,030 | 1.95 | 100 | 146.54 |
| Binding | 1503 | 1.50 | 10 | 225.45 |
| Copying F/B Color | ~~69229~~ 15,030 | 63.00 | 100 | 4,734.45 |

$5106.44



Supporting Documents – 12/05/2003

## Program 17-M Work Order

Contractor: Controlled Quality Corp.                    Contractor's Code: 190-16218        11-24-2003

Purchase Order: 93015 CQ                                 Delivery Date:        11-28-2003

Agency:    Internal Revenue Service                     Agency Contact:        Natasha Baker

Phone Number:    202-622-7741                           Work Order No.        85333

Title:    Document 11927 P (Rev. 11-2003)

Requisition No.: 2004-01202 / 04-03216                  Gov. Credit Card No.:

Billing Address Code:    4830-01                        Expiration Date:

Jacket No.: 304-757                                     Appropriation No.: 2ϿϿ20

Quantity:    4753                                       Trim Size:    8.500 x 11.00

No. of Black One Side Only Leaves:                      No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:                      No. of Color Face and Back Leaves:    6

Separate Cover:    One Piece ☐    Two Piece ☐

| Paper: | White Copier, Offset ☐ | White Vellum ☐ | Colored Vellum - Color |
| | or Writing | White Index ☐ | Colored Index - Color |
| | White Laser ☒ | | |

Overhead Transparency ☐    Tab Dividers:    (quantity)

Binding:    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs; Black ☐    White ☐
            Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of:

            Fold to

            Drill _____ round holes _____ in diameter, on _____ side _____ center-to-center.

            Center of holes _____ from edge of sheet.                                11,977.56

            Inserting colored paper between subs:

Deliver To:
Philadelphia IRS Center
SB/SE Communication & Liaison
11601 Roosevelt Blvd. DP N-300
Philadelphia, PA 19154

Additional Instructions:
Prints as 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500  (5 ) pgs. Newsletter (See
Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM  is sample for
Printing ). PLEASE send samples back to Natasha Baker, 1111 Constitution Ave. NW Washington, DC. 20224.

Department's Authority (Signature and Title)        n. Buh        Parson Division, Chief Publishing Service

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 38,024 | 1.95 | 100 | 370.73 |
| Binding (b) | 4753 | 1.50 | 10 | 712.95 |
| Copying F/B Color | 38,024 | 63.00 | 100 | 11,977.56 |

$13,061.24

DEC. 3.2003  11:39AM                                    NO.842   P.4/6

## Program 17-M Work Order

Contractor: Controlled Quality Corp

Purchase Order: 93015   CQ

Contractor's Code: 190-76218

11/24/2003

Delivery Date:    11/28/2003

Agency:    Internal Revenue Service

Agency Contact:    Natasha Baker

Phone Number:    202-622-7741

Title:   Document 11927 M (Rev. 11-2003)

Work Order No:    85335

Requisition No.: 2004-01202 / 04-03823

Gov. Credit Card No.:

Billing Address Code:    4830-01

Expiration Date:

Jacket No.: 304-757

Appropriation No.:  2pn20

Quantity:    5503

Trim Size:    8.500 x 11.00

No. of Black One Side Only Leaves:

No. of Color One Side Only Leaves:

No. of Black Face and Back Leaves:

No. of Color Face and Back Leaves:  8

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White, Copier, Offset ☐          White Vellum ☐      Colored Vellum - Color

or Writing                   White Index ☐       Colored Index - Color

White Laser ☒

Overhead Transparency ☐     Tab Dividers:   (quantity)

Binding:    Stitch Upper Left ☐    Velo ☐     Tape ☐   Plastic Combs: Black ☐   White ☐

Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐   In Units of:

Fold to

Drill _____ round holes_____ " in diameter on _____ side _____"center-to-center.

Center of holes _____" from edge of sheet.

Inserting colored paper between sets:

Deliver To:

Memphis IRS Center / Attn: Adraine Meeks
SB/SE Communication & Liaison
5333 Getwell Road, Stop 15
Memphis, TN 38118

Additional Instructions:

Prints on 11 x 17 White Laser in CMYK , Folded to 11.00 x 8.500 (8 ) pgs. Newsletter (See Construction Sample).
Layout Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM is sample for Printing ). PLEASE send 3
samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC. 20224.

Departmental Authority (Signature and Title)

James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 44,024 | 1.95 | 100 | 429.23 |
| Binding (b) | 5503 | 1.50 | 10 | 825.45 |
| Copying F/B Color | 44,024 | 63.00 | 100 | 13,867.56 |

$15,122.24

## Program 17-M Work Order

| | |
|---|---|
| Contractor: Controlled Quality Corp | Contractor's Code: 190-16218    12-15-2003 |
| Purchase Order: 93015 CQ | Delivery Date:    12-19-2003 |
| Agency:    Internal Revenue Service | Agency Contact:    Natasha Baker |
| Phone Number:    202-622-7741 | Work Order No:    85337 |
| Title:    Document 11927 P (Rev. 12-2003) | |
| Requisition No.: 2004-01202 /04-04734 | Gov. Credit Card No.: |
| Billing Address Code:    4830-81 | Expiration Date: |
| Jacket No.: 304-757 | Appropriation No.: 2pn20 |
| Quantity:    4303 | Trim Size:    8.500 x 11.00 |

No. of Black One Side Only Leaves: _____          No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____          No. of Color Face and Back Leaves:   8

Separate Cover:    One Piece ☐    Two Piece ☐

| | | | |
|---|---|---|---|
| Paper: | White Copier, Offset ☐ | White Vellum ☐ | Colored Vellum - Color_____ |
| | or Writing | White Index ☐ | Colored Index - Color_____ |
| | White Laser ☒ | | |

Overhead Transparency ☐    Tab Dividers:    (quantity) _____

Binding:    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs: Black ☐    White ☐

Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of: _____

Fold to _____

Drill _____ round holes _____ " in diameter on _____ side _____ " center-to-center.

Center of holes _____ " from edge of sheet.

Inserting colored paper between sets: _____

**Deliver To:**

Philadelphia IRS Center
SB/SE Communication & Liaison
11601 Roosevelt Blvd ,DP N-800
Philadelphia, PA 19154        Must be @ destination by December 22,2003

**Additional Instructions:**

Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500 (8 ) pgs. Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM is sample for Printing ). PLEASE send samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC., 20224.

Departmental Authority (Signature and Title)

James Dumont  Chief Publishing Services

For Contractor Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 38,424 | 1.95 | 100 | 374.63 |
| Binding (b) | 4803 | 1.50 | .10 | 720.45 |
| Copying F/B Color | 38,424 | 63.00 | 100 | 12,103.56 |

$13,198.64

DEC.21.2003  11:12AM

## Program 17-M Work Order

| | | |
|---|---|---|
| Contractor: Controlled Quality Corp | Contractor's Code: 190-16218 | 12-15-2003 |
| Purchase Order: 93015    CQ | | Delivery Date: 12-22-2003 |
| Agency: Internal Revenue Service | Agency Contact: | Namsha Baker |
| Phone Number: 202-622-7741 | Work Order No: | 85338 |
| Title: Document 11927 M (Rev. 12-2003) | | |
| Requisition No.: 2004-04202 / 04-04732 | Gov. Credit Card No.: | |
| Billing Address Code: 4830-91 | Expiration Date: | |
| Jacket No - 304-757 | Appropriation No.: 2pn20 | |
| Quantity: 5003 | Trim Size: 8.500 x 11.00 | |

No. of Black One Side Only Leaves:_____    No. of Color One Side Only Leaves:_____

No. of Black Face and Back Leaves:_____    No. of Color Face and Back Leaves: __8__

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color_____

or Writing    White Index ☐    Colored Index - Color_____

White Laser ☒

Overhead Transparency ☐    Tab Dividers:    (quantity) _____

Binding:    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs: Black ☐    White ☐

Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of:_____

Fold In _____

Drill _____ round holes_____" in diameter on _____ side _____"center-to-center.

Center of holes _____" from edge of sheet.

Inserting colored paper between sets:_____

Deliver To:

Memphis IRS Center / Attn: Adraine Meeks
SB/SE Communication & Liaison
5333 Getwell Road, Stop 15
Memphis, TN 38118    Ship UPS next day air

Additional Instructions:

Prints on 11 x 17 White Laser in CMYK , Folded to 11.00 x 8.500 (8 ) pgs. Newsletter (See Construction Sample).
Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD-ROM is sample for Printing ) . PLEASE send 3
samples back to: Namsha Baker, 1111 Constitution Ave. NW Washington, DC. 20224.

Departmental Authority (Signature and Title)

James Duttine, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 40,024 | 1.95 | 100 | 390.23 |
| Binding (b) | 5003 | 1.50 | 10 | 750.45 |
| Copying F/B Color | 40,024 | 63.00 | 100 | 12,607.56 |

$13,748.64

JAN. 21. 2004    1:29PM    NO. 502    P. 2/4

*1 - 14 - 2004 ABCM*
*1-2004*
*1 - 21 - 2004 ABel*

## Program 17-M Work Order

Contractor: Controlled Quality Corp    Contractor's Code: 190-16218

Purchase Order: 93015 CQ    Delivery Date: _____

Agency: Internal Revenue Service    Agency Contact: Namsha Baker

Phone Number: 202-622-7741    Work Order No: 85344

Title: Document 11927 P (Rev. 01-2004)

Requisition No.: 2004-01202 /04-05236    Gov. Credit Card No.: _____

Billing Address Code: 4830-01    Expiration Date: _____

Jacket No.: 304-757    Appropriation No.: 2pn20

Quantity: 4803    Trim Size: 8.500 x 11.00

No. of Black One Side Only Leaves: _____    No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____    No. of Color Face and Back Leaves: 8

Separate Cover:  One Piece ☐   Two Piece ☐

Paper:   White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color _____

or Writing    White Index ☐    Colored Index - Color _____

White Laser ☒

Overhead Transparency ☐    Tab Dividers:  (quantity) _____

Binding:  Stitch Upper Left ☐   Velo ☐    Tape ☐  Plastic Combs: Black ☐  White ☐

Saddle Stitch ☒    Side Stitch ☐   Shrink Wrap ☐    Band ☐  In Units of: _____

Fold to _____

Drill _____ round holes _____ " in diameter on _____ side _____ center-to-center.

Center of holes _____ " from edge of sheet.

Inserting colored paper between sets: _____

Deliver To:

Philadelphia IRS Center
SB/SE Communication & Liaison
11601 Roosevelt Blvd. DP N-800
Philadelphia, PA. 19154    Must be @ destination by ~~December 21 2003~~ *January*

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU, Folded to 11.00 x 8.500  (8) pgs. Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD-ROM is sample for Printing). PLEASE send samples back to: Namsha Baker, 1111 Constitution Ave. NW Washington, DC. 20224.

Departmental Authority (Signature and Title) *JMBel*

James Durham, Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 38,424 | 1.95 | 100 | 374.63 |
| Binding (b) | 4803 | 1.50 | 10 | 720.45 |
| Copying F/B Color | 38,424 | 63.00 | 100 | 12,103.56 |
| | | | | $13,198.64 |

## Program 17-M Work Order

Contractor: Controlled Quality Corp          Contractor's Code: 190-16218          1-14-2004

Purchase Order: 98810  CQ  95015          Delivery Date: 1-31-2004

Agency: Internal Revenue Service          Agency Contact: Natasha Baker

Phone Number: 202-622-7741          Work Order No: 85345

Title: Document 11927 B (Rev.1-2004)

Requisition No.: 2004-01201 / 2004-05233          Gov. Credit Card No.:

Billing Address Code: 4830-01          Expiration Date:

Jacket No.: 304-7S7          Appropriation No.: 2pn20

Quantity: 5203          Trim Size: 8.500 x 11.00

No. of Black One Side Only Leaves: _____          No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____          No. of Color Face and Back Leaves: 8

Separate Cover:   One Piece ☐   Two Piece ☐

Paper:   White Copier, Offset ☐          White Vellum ☐   Colored Vellum - Color_____
         or Writing                     White Index ☐     Colored Index - Color_____
         White Laser ☒

Overhead Transparency ☐   Tab Dividers:   (quantity) _____

Binding:   Stitch Upper Left ☐   Velo ☐   Tape ☐   Plastic Combs: Black ☐   White ☐
           Saddle Stitch ☒   Side Stitch ☐   Shrink Wrap ☐   Band ☐   In Units of:_____

           Fold to _____

           Drill ____ round holes _____ " in diameter on _____ side ____ "center-to-center.

           Center of holes _____ " from edge of sheet.
           Inserting colored paper between sets: _____

Deliver To:
Brookhaven IRS Center/ Christine Hicks
SB/SB Communication Liaison          Ship UPS next day air
1040 Waverly Avenue, Stop 104
Holtsville, NY 11742          ( Analyst receive 3 Samples)     (Shipping labels are provide)

Additional Instructions:
Prints on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8.500  (8 ) pgs. Newsletter (See
Construction Sample).  Layout: Head to Head.  Margins: Center sides. Shoot @ 100%. (CD- ROM  is sample for
Printing. NOTE: the newsletter is in the November file folder on the CD- ROM ).  PLEASE send  3 samples and
GPM  back to: Natasha Baker, 1111 Constitution Ave. NW Washington, DC.. 20224.

Departmental Authority (Signature and Title)

James Durham, Chief Publishing Services

For Contractors Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 41,624 | 1.95 | 100 | 405.83 |
| Binding (b) | 5203 | 1.50 | 10 | 780.45 |
| Copying F/B Color | 41,624 | 63.00 | 100 | 13,111.56 |
| | | | | $14,297.84 |

JAN 30 2004  3:37PM

*1 - 190*

NO 686    P 8/8

## Program 17-M Work Order

| | |
|---|---|
| Contractor Controlled Quality Corp | Contractor's Code: 190-16218    1-22-2004 |
| Purchase Order: 93015 CQ | Delivery Date: 2-09-2004 |
| Agency: Internal Revenue Service | Agency Contact: Natasha Baker |
| Phone Number: 202-622-7741 | Work Order No: 85348 |

Title: Publication 4263 B (SB/SE Business Line Product)

| | |
|---|---|
| Requisition No: 2004-01202 / 04-04168 | Gov Credit Card No.: |
| Billing Address Code: 4830-01 | Expiration Date |
| Jacket No.: 304-757 | Appropriation No 2pn21 |
| Quantity: 40,055 | Trim Size: 8 500 x 11.00 |

No of Black One Side Only Leaves:                No of Color One Side Only Leaves

No of Black Face and Back Leaves:                No of Color Face and Back Leaves: 2

Separate Cover    One Piece ☐    Two Piece ☐

| Paper | White Copier, Offset ☐ | White Vellum ☐ | Colored Vellum - Color |
|---|---|---|---|
| | or Writing | White Index ☒ | Colored Index - Color |
| | White Laser ☐ | | |

Overhead Transparency ☐    Tab Dividers:    (quantity)

Binding    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs  Black ☐    White ☐

Saddle Stitch ☐    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of

Fold to

Drill _____ round holes _____ " in diameter on _____ side _____ " center-to-center

Center of holes _____ " from edge of sheet

Inserting colored paper between sets

Deliver To:

SEE ATTACHED 2040 DISTRIBUTION LIST

Contractor must use agency supplied labels, contractor prior to reproducing and applying to respective cartons. Shipment between 1 and 750lbs will be shipped IRS small package carrier UPS  Over 750 lbs requires GBL'S

Additional Instructions

Prints 8.5 x 11.00 op 65-80# White index paper stock in CMYK. Layout: Head to Head  Margins: Center sides. Shoot @ 100% (CD-ROM is supplied for printing) Please SEE attached form 952 (Disk Information sheet)

3 samples and GFM need to be sent back to: Natasha Baker, 1111 Constitution Ave NW, Washington, DC

Departmental Authority (Signature and Title)

James Demartt, Chief Publishing Services

For Contractor's Use Only

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) White Index 90 lb | 40,055 ~~80,110~~ | 2.00 | 100 | ~~1,602.20~~ 801.10 |
| Copying F/B Color | ~~80,110~~ 40,055 | 32.00 | 100 | ~~25,635.20~~ 12,817.60 |
| | | | | ~~$27,237.40~~ 13,618.70 |

C 2/10/04 ↄ

*dam*

JAN 30 2004  3:36PM

NO 585   P 4/8

## Program 17-M Work Order

| | |
|---|---|
| Contractor: Controlled Quality Corp | Contractor's Code: 190-16218   1-22-2004 |
| Purchase Order: 93015 CQ | Delivery Date: 2-83-2004 |
| Agency: Internal Revenue Service | Agency Contact: Natasha Baker |
| Phone Number: 202-622-7741 | Work Order No: 85349 |

Title   Publication 4263 A (SB/SE Business Line Products)

| | |
|---|---|
| Requisition No.: 2004-01202 / 04-04167 | Gov Credit Card No |
| Billing Address Code  4830-01 | Expiration Date |
| Jacket No  304-767 | Appropriation No.  2DM21 |
| Quantity  40,055 | Trim Size  8,500 x 11.00 |

No. of Black One Side Only Leaves: _____     No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____     No. of Color Face and Back Leaves  2

Separate Cover,   One Piece ☐   Two Piece ☐

Paper:   White Copier, Offset ☐        White Vellum ☐     Colored Vellum - Color _____
         or Writing                    White Index ☒      Colored Index - Color _____
         White Laser ☐

Overhead Transparency ☐     Tab Dividers,   (quantity) _____

Binding   Stitch Upper Left ☐  Velo ☐   Tape ☐   Plastic Comb: Black ☐   White ☐
          Saddle Stitch ☐     Side Stitch ☐   Shrink Wrap ☐    Band ☐   in Units of: _____
          Fold to _____
          Drill _____ round holes _____" in diameter on _____ side _____ "center-to-center
          Center of holes _____" from edge of sheet.
          Inserting colored paper between sets: _____

Deliver To
SEE ATTACHED 2040 DISTRIBUTION LIST

Contractor must use agency supplied labels, contractor prior to reproducing and applying to respective cartons
Shipment between 1 and 750lbs will be shipped IRS small package carrier UPS.  Over 750 lbs requires GBL'S.
Additional Instructions

Prints 8.5 x 11.00 on 65-80# White index paper stock in CMYK.  Layout, Head to Head, Margins, Center sides
Shoot @ 100% ( CD-ROM  is supplied for printing) Please SEE attached Form 952 ( Disk Information sheet)

3 samples and GFM need to be sent back to: Natasha Baker, 1111 Constitution Ave NW, Washington, DC

Departmental Authority (Signature and Title)

James Durham, Chief Publishing Services

For Contractor's Use Only

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) White Index 90 lb | 80,110 | 2.00 | 100 | 1,602.20 |
| Copying F/B Color | 80,110 | 32.00 | 100 | 25,635.20 |
| | | | | $27,237.40 |

2/10/04 N

MAR. 5.2004    9:17AM    2G078    NO 155    P 2/4

RNS 4

## Program 17-M Work Order

| Contractor: Centralized Quality Corp | Contractor's Code 190-18213 | 2-26-2004 |

Purchase Order 93015 CQ     Delivery Date: SHIP DATE 3-1-2004

Agency: Internal Revenue Service     Agency Contact: Natasha Baker

Phone Number: 202-622-7741     Work Order No 85355

Title Document 11927 P (Rev 02-2004)

Requisition No. 2004-01202 / 04-06070     Gov. Credit Card No.:

Billing Address Code 4830-01     Expiration Date

Jacket No 496-338     Appropriation No 2pn20

Quantity 5053     Trim Size 8 500 x 11 00

No of Black One Side Only Leaves     No. of Color One Side Only Leaves

No of Black Face and Back Leaves:     No. of Color Face and Back Leaves 8

Separate Cover    One Piece ☐    Two Piece ☐

Paper    White Copier, Offset ☐    White Vellum ☐    Colored Vellum - Color
         or Writing    White Index ☐    Colored Index - Color
         White Laser ☒

Overhead Transparency ☐    Tab Dividers    (quantity)

Binding    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs, Black ☐    White ☐
          Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of:
          Fold to
          Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center
          Center of holes _____ " from edge of sheet.
          Inserting colored paper between sets:

Deliver To

Philadelphia IRS Center
SB/SE Communication & Liaison
11601 Roosevelt Blvd_DP N-300
Philadelphia, PA 19154     SEND UPS NEXT DAY AIR

Additional Instructions

Prints on 11 x 17 White Laser in Black and Red 032CVU . Folded to 11 00 x 8 500  (8 ) pgs. Newsletter (See
Construction Sample). Layout Head to Head. Margins Center sides Shoot @ 100% (CD-ROM is supplied for
Printing ) PLEASE send 3 samples back to Natasha Baker, 1111 Construction Ave. NW Washington, DC, 20224

Departmental Authority (Signature and Title)

James Durbeat, Chief Publishing Services

For Contractor's Use Only

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| | 20212 | | | |
| Paper (b) Laser 24 lb | 40424 | 1 95 | 100 | 394.13 ✓ |
| Binding (H) | 5053 | 1 50 | 10 | 757.95 |
| Copying F/B Color | 40424 | 63.00 | 100 | ~~25,467.12~~ |
| | 20212 | | | 12,733.56 |
| | | | | ~~$26,619.20~~ |
| | | | | 13,885.64 |

3/16/04 cd

MAR 5 2004  9-17AM                                    NO 155   P 4/4

## Program 17-M Work Order

Contractor Controlled Quality Corp          Contractor's Code 190-16218        02-26-2004

Purchase Order: 93015 CO                                      Ship date 3-3-2004

Agency.   Internal Revenue Service        Agency Contact    Natasha Baker

Phone Number    202-622-7741             Work Order No:    15356

Title   Document 11927 C (Rev 2-2004)

Requisition No : 2004-03824 /04-06068        Gov. Credit Card No _____

Billing Address Code    4638-01            Expiration Date _____

Jacket No  304-757                         Appropriation No.  2bn20

Quantity:    4103                          Trim Size   8 500 x 11 00

No  of Black One Side Only Leaves:_____    No  of Color One Side Only Leaves:_____

No  of Black Face and Back Leaves'_____    No of Color Face and Back Leaves.   12

Separate Cover:  One Piece ☐  Two Piece ☐

Paper     White Copier, Offset ☐    White Vellum ☐   Colored Vellum - Color_____
          or Writing                White Index ☐    Colored Index - Color_____
          White Laser ☒

Overhead Transparency ☐  Tab Dividers.  (quantity) _____

Binding:  Stitch Upper Left ☐  Velo ☐  Tape ☐  Plastic Comb: Black ☐  White ☐
          Saddle Stitch ☒  Side Stitch ☐  Shrink Wrap ☐  Band ☐  In Units of ___
          Fold to _____
          Drill ___ round holes_____ " in diameter on _____ side _____ center-to-center
          Center of holes _____ " from edge of sheet
          Inserting colored paper between sets

Deliver To:
Cincinnati IRS Center/Dorothy Barry      Ship UPS next Day Air
SB/SE Communication & Liaison
201 W. River Center Blvd, Stop 63
Covington, KY 41019     (Analyst receive 2 Samples) ( Shipping Labels provided) (SEE DISTRIBUTION LIST)

Additional Instructions:
Print on 11 x 17 White Laser in Black and Red 032CVU , Folded to 11.00 x 8 500  (12 ) pgs  Newsletter (See
Construction Sample)  Layout: Head to Head.  Margins  Center sides. Shoot @ 100%  (CD- ROM is sample for
Printing )  PLEASE send 3 samples  back to: Natasha Baker, 1111 Constitution Ave NW Washington, DC 20224.

Departmental Authority (Signature and Title)          V. Bch

                                         James Durham, Chief Publishing Services
For Contractor's Use Only

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| | 24 618 | | | |
| Paper (b) Laser 24 lb | 49,236 | 1.95 | 100 | 480.05 |
| Binding (H) | 4103 | 1.50 | 10 | 615.45 |
| Copying F/B Color | 49,236 | 63.00 | 100 | 31,018.69 |
| | 24,618 | | | 15,509.34 |
| | | | | $32,114 19 |
| | | | | 16,604.84 |

3/16/04

SEP. 4.2003  10:33AM                                        NO.909   P.2/2

## Program 17-M Work Order

Contractor: Controlled Quality Corp of MD

Purchase Order: ~~93015~~  93015

Contractor's Code: ~~109-16218~~        Date: 9-2-03

Delivery Date: 09/04/03 a.m.

---

Agency: U.S. Marshals Service, Dept. of Justice

Phone Number: (202) 307-5168 / 5350

Title: USM Orientation Binder, 09/03

Agency Contact: Jeff Yake

Work Order No.: 73212

---

Requisition No.: 3-00148 USM03-0800S

Billing Address Code: 4410-04

Jacket No.: 496-220

Gov. Credit Card No.: _____

Expiration Date: _____

Appropriation No.: 2003-0324A-A0905M-MAB1005M

---

Quantity: 20                    Trim Size: ☒ 8-1/2 x 11  ☐ Other: _____

No. of Black One Side Only Leaves: _____    No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____    No. of Color Face and Back Leaves: 175

Separate Cover: ☐ One-Piece  ☐ Two-Piece

---

Paper: ☒ White Copier, Offset or Writing      ☐ White Vellum  ☐ Colored Vellum - Color: _____

☐ White Laser      ☐ White Index  ☐ Colored Index - Color: _____

☐ Overhead Transparency  ☒ Tab Dividers: (quantity) ~~240~~ 12

---

Binding: ☐ Stitch Upper Left  ☐ Velo  ☐ Tape    Plastic Combs: ☐ Black  ☐ White

☐ Saddle Stitch  ☐ Side Stitch      ☐ Shrink Wrap  ☒ Band in Units of: 1 set

Fold to: _____

Drill: 3_ Round Holes 3/4" in diameter on  Left  side 4 1/4" center to center.

Center of holes: ___" from edge of sheet.

Inserting colored paper between sets: _____

---

Deliver To: ☒ U.S. Marshals Service, 1735 Crystal Drive, Suite 101, Arlington, VA 22202-4210

☐ Other: _____

---

Additional Instructions:    ☒ Retrieve artwork from disk. GPO-952 enclosed.

Create tabs according to tab worksheet (attached). Place files after tab named. If no file corresponds with created tab, follow tab with next tab.

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (a) Laser 20 lb | 2500 | .40 | 100 | 10.00 |
| Drilling | 2500 | .25 | 100 | 6.25 |
| Copying F/B Color | 2500 | 63.00 | 100 | 1575.00 |
| Tabs | 240 | 1.50 | 10 | 36.00 |
| Band | 20 | 1.80 | 10 | 3.60 |
|  |  |  |  | $1630.85 |

## Program 17-M Work Order

Contractor: Controlled Quality Corp _____ Contractor's Code: 190-16218 _____ 35  5/16/2003

Purchase Order: 93015 CQ _____ Delivery Date: _____ 8/21/2003

Agency: _____ Internal Revenue Service _____ Agency Contact: _____ Natasha Baker

Phone Number: _____ 202-622-7741 _____ Work Order No: _____ 85305

Title: _____ Document 11927 B (Rev.8-2003)

Requisition No.: 2003-01082 / 2003-0986 _____ Gov. Credit Card No.: _____

Billing Address Code: _____ 4830-01 _____ Expiration Date: _____

Jacket No.: 496-895 _____ Appropriation No.: 2pn20

Quantity: _____ 5202 _____ Trim Size: _____ 8.500 x 11.00

No. of Black One Side Only Leaves: _____ No. of Color One Side Only Leaves: _____

No. of Black Face and Back Leaves: _____ No. of Color Face and Back Leaves: _____ 8

Separate Cover:    One Piece ☐    Two Piece ☐

Paper:    White Copier; Offset ☐    White Vellum ☐    Colored Vellum - Color _____

    or Writing    White Index ☐    Colored Index - Color _____

    White Laser ☒

Overhead Transparency ☐    Tab Dividers:    (quantity) _____

Binding:    Stitch Upper Left ☐    Velo ☐    Tape ☐    Plastic Combs: Black ☐    White ☐

    Saddle Stitch ☒    Side Stitch ☐    Shrink Wrap ☐    Band ☐    In Units of: _____

    Fold to _____

    Drill _____ round holes _____ " in diameter on _____ side _____ "center-to-center.

    Center of holes _____ " from edge of sheet.

    Inserting colored paper between sets: _____

Deliver To:

Brookhaven IRS Center/ Jenifer Daniels/ Ph. 631-447-4786    *Ship UPS Next Day Air*
SB/SE Communication Liaison
1040 Waverly Avenue, Stop 104
Holtsville, NY 11742    ( Analyst receive 2 Samples)    (Shipping labels are provide)

Additional Instructions:

Prints on 11 x 17 White Laser in Black and Red 032CVU . Folded to 11.00 x 8.500  (8 ) pgs. Newsletter (See Construction Sample). Layout: Head to Head. Margins: Center sides. Shoot @ 100%. (CD- ROM  is sample for Printing. NOTE: the newsletter is in the October file folder on the CD- ROM ). PLEASE send samples back to: Natasha Baker, 1111 Constitution Ave. NW Washington. DC.. 20224.

Departmental Authority (Signature and Title)

James Durham. Chief Publishing Services

For Contractor's Use Only:

| Articles or Services | Quantity | Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| Paper (b) Laser 24 lb | 41616 | 1.95 | 100 | 405.76 |
| Binding | 5202 | 1.50 | 10 | 780.30 |
| Copying F/B Color | 41616 | 63.00 | 100 | 13,109.04 |

$14,295.10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
| Plaintiff     ) | |
|     ) | |
| v.     ) | Civil Action No. 07-1961(RJL) |
|     ) | |
| Keith O'Brien Slade, et al.,     ) | |
|     ) | |
| Defendants.     ) | |
| _____) | |

ORDER

UPON CONSIDERATION of *Plaintiff United States' Motion for Default Judgment*, any

opposition thereto, the entire record herein, and for good cause shown, it is by the Court,

ORDERED that Plaintiff's motion should be and is hereby granted, and thus, judgment in

Plaintiff's favor is GRANTED;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Keith O. Slade
455 Park Road, NW
Washington, D.C. 20010-2531

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530