UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>c/o United States Attorneys Office<br>555 4th Street, N.W.<br>Washington, DC 20001<br><br>v.<br><br>KEITH SLADE<br>455 Park Road, NW<br>Washington, DC 20010 | :<br>:<br>:<br>:<br>:<br>: Case: 1:07-CV-01961 (RJL)<br>:<br>:<br>:<br>: |

**<ins>Defendant Motion For Court Appointed Counsel</ins>**
(~~COMPLAINT~~)

Defendant, Keith Slade, is seeking the courts help in securing a court appointed attorney to represent me in the matter currently before the courts. I am making this requested due to the fact that I am currently unemployed and have no income to secure and attorney to represent me at this time. I have attached my Individual Financial Statement which outlines all of my financial debts which should support my request.

I ask that the court grant me this request and also allow me to proceed without prepayment of fees and affidavit.

Respectfully submitted

_(signature)_
KEITH SLADE
Defendant Pro Se

**RECEIVED**
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff

V.

KEITH SLADE

CASE NUMBER: 1:07-CV-01961 (RJL)

Defendant

**OUTSTANDING DEBT**

| | | |
|---|---|---|
| Asset Acceptance, LLC | Home Depot | $18,996.66 |
| Asset Acceptance, LLC | Home Depot | $2,450.00 |
| Atlantic Credit & Finance | Sears | $768.39 |
| Bank of America | | $11,924.02 |
| Resurgent Capital Services | | $4,376.23 |
| MBNA/NCO | | $11,596.82 |
| Wells Fargo Home Mortgage | Home | $277,000.00 |
| American Express | Credit Card | $123,207.21 |
| Federal Income Taxes | Federal | $51,949.34 |
| Damian Beckett | Personal | $12,000.00 |
| Lincoln Jenkins | Personal | $19,000.00 |
| Yip Parks | Business | $314,795.28 |
| Federal Lien 1998 | Federal | $325,000.00 |
| SBA Loan | Federal | $11,704.38 |
| | Total | $1,184,768.81 |

**ATTACHMENT 1 TO FORM AO 240 (Rev. 10/03)**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion was mailed postage prepaid to Beverly M. Russell, Assistant United States Attorney June 20, 2008, to: 555 4th Street, N.W., Rm. E-4915, Washington, D.C. 20530.

KEITH SLADE
Defendant, Pro Se
455 Park Road, N.W.
Washington, D.C. 20010
202-409-0019

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE **District of** COLUMBIA

UNITED STATES OF AMERICA

Plaintiff

V.

KEITH SLADE

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:07-CV-01961 (RJL)

I, _____KEITH OBRIENT SLADE_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
      THE MIDTOWN GROUP LLC (TEMP AGENCY) 900 7TH STREET NW, SUITE 725, WASH, DC 20001  $358

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☒ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☒ | ☐ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

B..  RENT PAYMENT -- $2,425 OF WHICH MY MORTGAGE IS $2,488.00
D..  DISABILTIY -- VA DISABILITY APPROX $366.00 MONTHLY

***  PLEASE FIND ATTACHED A COMPLETE LIST OF MY OUTSTANDING DEBT TO ALSO BE INCLUDED TO ALSO SUPPORT MY REQUEST.

4.  Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

    If "Yes," state the total amount.   $6.46

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

    If "Yes," describe the property and state its value.
    AUTOMOBILE -- 1998 LEXUS ES300

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    NA

I declare under penalty of perjury that the above information is true and correct.

6/20/08
_____        _____
Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff

V.

KEITH SLADE

CASE NUMBER: 1:07-CV-01961 (RJL)

Defendant

**OUTSTANDING DEBT**

| | | |
|---|---|---|
| Asset Acceptance, LLC | Home Depot | $18,996.66 |
| Asset Acceptance, LLC | Home Depot | $2,450.00 |
| Atlantic Credit & Finance | Sears | $768.39 |
| Bank of America | | $11,924.02 |
| Resurgent Capital Services | | $4,376.23 |
| MBNA/NCO | | $11,596.82 |
| Wells Fargo Home Mortgage | Home | $277,000.00 |
| American Express | Credit Card | $123,207.21 |
| Federal Income Taxes | Federal | $51,949.34 |
| Damian Beckett | Personal | $12,000.00 |
| Lincoln Jenkins | Personal | $19,000.00 |
| Yip Parks | Business | $314,795.28 |
| Federal Lien 1998 | Federal | $325,000.00 |
| SBA Loan | Federal | $11,704.38 |
| | Total | $1,184,768.81 |

**ATTACHMENT 1 TO FORM AO 240 (Rev. 10/03)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : Case: 1:07-CV-01961 |
| Keith Slade, | : |
| | : |

## ORDER

Upon consideration of the Defendant's Motion for a Court Appointed Attorney and Motion to Proceed Without Prepayment of Fees and Affidavit and the record herein, it is, by the Court, this _____ day of June, 2008,

Ordered that the Defendant's Motion for a Court Appointed Attorney and Motion to Proceed Without Prepayment of Fees and Affidavit shall be, and is hereby, GRANTED, and it is

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:

Beverly M. Russell
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4915
Washington, D.C. 20530

KEITH SLADE
Defendant, Pro Se
455 Park Road, N.W.
Washington, D.C. 20010