UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:07CV01961 (RJL) |
| v. | ) ) | |
| KEITH O'BRIEN SLADE and CONTROLLED QUALITY CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF WITHDRAWAL
FROM APPOINTMENT

Pursuant to Local Rule 83.11(b)(6), the law firm of WilmerHale hereby files a Notice of Withdrawal. Grounds for relief from appointment under subparagraph (b)(6)(i)(aa) exist.

Respectfully submitted,

___/s/_____
Christopher J. Herrling
(Bar No. 354837)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
(202) 663-6000
Christopher.Herrling@wilmerhale.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 8, 2008, I caused the foregoing Notice of Withdrawal from Appointment to be served by first-class mail on the following individuals:

Beverly Maria Russell
U.S. Attorney's Office for D.C.
Civil Division
555 4th Street, N.W.
Fourth Floor
Washington, DC  20530

Keith O'Brien Slade
455 Park Road, N.W.
Washington, DC  20010-2531

Controlled Quality Corpoation
455 Park Road, N.W.
Washington, DC  20010-2531

                ___/s/_____
                Christopher J. Herrling